RECEIVED

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

2007 OCT 11  A 9: 49

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

_Michael Ronnie Barssett_                    )
**Full name and prison number**              )
**of plaintiff(s)**                          )
                                             )
v.                                           )    CIVIL ACTION NO. 2:07-CV-914-MHT
                                             )    **(To be supplied by Clerk of**
_David Tibbs (Det. for_                      )    **U.S. District Court)**
_D.A.'s office)_                             )
_D.T. Marshall et Al_                        )
_Quality Corrections_                        )
_Medical Services_                           )
**Name of person(s) who violated**           )
**your constitutional rights.**              )
**(List the names of all the**               )
**persons.)**                                )

I.   **PREVIOUS LAWSUITS**
     A.   Have you begun other lawsuits in state or federal court
          dealing with the same or similar facts involved in this
          action?  YES (   )  NO (X)

     B.   Have you begun other lawsuits in state or federal court
          relating to your imprisonment?  YES (   )  NO (X)

     C.   If your answer to A or B is yes, describe each lawsuit
          in the space below.  (If there is more than one lawsuit,
          describe the additional lawsuits on another piece of
          paper, using the same outline.)

          1.   Parties to this previous lawsuit:

               Plaintiff(s) _____

               _____

               Defendant(s) _____

               _____

          2.   Court (if federal court, name the district; if
               state court, name the county) _____

               _____

# SCANNED

3.  Docket number _____

4.  Name of judge to whom case was assigned _____
    _____

5.  Disposition (for example:  Was the case dismissed?
    Was it appealed?  Is it still pending?) _____
    _____

6.  Approximate date of filing lawsuit _____

7.  Approximate date of disposition _____

II.  PLACE OF PRESENT CONFINEMENT _The Montgomery_
_County Detention Facility 250 S. McDonough_

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED _4000 Lower_
_wetumpka Rd. Montgomery AlA 36110 - Montgomery county Detention_
_Facility_

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR
     CONSTITUTIONAL RIGHTS.

     NAME                          ADDRESS

1.  _David Tibbs (Def)      100 S. Lawrence D.A.'s office_
2.  _DT. Marshall et Al   250  S. McDonough_
3.  _Quality Corrections Health Services 250 S. McDonougha_
4.  _____
5.  _____
6.  _____

IV.  THE DATE UPON WHICH SAID VIOLATION OCCURRED _January_
_28th 2007_

V.   STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION
     THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE:  _Cruel And unusual Punish-_
_ments use of excessive force_

2

**STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND.  (State as best you can the time, place and manner and person involved.)**

On 01-28-07 David Tibbs Abused his Authority As a law Enforcement officer by maliciously Assaulting me without provocation — to the point where I had to be treated for numerous inquiries

**GROUND TWO:** Violation of civil rights regarding the Petitioner's arrest

**SUPPORTING FACTS:** David Tibbs Abused his authority by entering the petitioner's Abode without An arrest or search warrant and without identifying himself As a police officer

**GROUND THREE:** Inadequate Medical Treatment, Denial of Proper Medical Treatment

**SUPPORTING FACTS:** On the night of the arrest of the Petitioner, I was placed in An isolation cell without an examination by this Medical staff And was treated [Detention staff] like An Animal/sleeping on a mattress on the floor with no medications or treatment for my injuries for a period of over 2 weeks. In Regards to defendants Quality correctional Health services And D.T. Marshall et al.

³

VI.    STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU.
       MAKE NO LEGAL ARGUMENT.    CITE NO CASES OR STATUTES.

I would like to receive compensatory
And punitive Damages — 25 million Dollars
And 45 million respectively — Also An attorney
Also I would like An Injunction to be treated
for my head injury    Michael Boissonneau
At A specialist.    Signature of plaintiff(s)

I declare, under penalty of perjury that the foregoing is true
and correct.

EXECUTED on    10-07-07    .
                    (Date)

Michael Boissonneau
Signature of plaintiff(s)

4



MONTGOMERY AL 361

09 OCT 2007 PM

USA 41

Michael Boissonneau
7903E 2ndF
Montgomery Ala
36105

INMATE MAIL

The clerk of court
for the Federal court
#1 Church St.