In the Circuit Court
of Montgomery County
Montgomery, Alabama

The State of Alabama
— vs —
Michael Boissonneau

2:07cv914-MHT
CC-06-999
Case # A-CC-07-450-451-452
WR-07-91

RECEIVED
DEBRA P. HACKETT, CL
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## Informa Pauperis

Comes now the Petitioner, Michael Boissonneau [Pro-Se] in the above and aforementioned cause stating that he is indeed indigent and not have the appropriate funds or monies to pay any fee's that filing said cause may incur

Therefore; the Petitioner prays that this Honourable Court allows him to proceed Informa Pauperis

I certify that the above is true and factual suitable for a court of law

10-07-07        signed Michael Boissonneau
           # 796a8 Michael Boissonneau

SCANNED
KLE 10/14/07

Case 2:07-cv-00914-MHT-TFM    Document 2    Filed 10/11/2007    Page 2 of 2

