**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

David Tibbs
100 S. Lawrence Street
Montgomery, AL  36104

*07cv914 C&OP*

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Otis Williams_                ☑ Agent
                                ☐ Addressee

B. Received by ( *Printed Name* )   C. Date of Delivery
                                    10-17-07

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☑ Certified Mail      ☐ Express Mail
   ☐ Registered          ☑ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*        ☐ Yes

2. Article Number
   *(Transfer from service label)*     7006 2760 0005 4873 0331

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540