# UNITED STATES DISTRICT COURT

__Middle__ District of __Alabama__

Boissoneau
Plaintiff

V.

Tibbs et al
Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

RECEIVED
2007 NOV -1 A 9:5
DEBRA P. HACKETT, CL
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

CASE NUMBER: 2:07-CV-914-MHT

I, __Michael Boissonneau__ declare that I am the (check appropriate box)
☒ petitioner/plaintiff/movant    ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☒ Yes  1-30-07    ☐ No    (If "No," go to Part 2)
   Arrested 1-30-07
   If "Yes," state the place of your incarceration __The Montgomery County Detention Facility__
   Are you employed at the institution? __no__  Do you receive any payment from the institution? __no__

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six months'** transactions.

2. Are you currently employed?    ☐ Yes    ☒ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. __Self Employed - 1-30-07 Auto Body Work - 4000 Lower Wetumpka Rd.__

3. In the past 12 twelve months have you received any money from any of the following sources?
   a. Business, profession or other <u>self-employment</u>    ☒ Yes    ☐ No
   b. Rent payments, interest or dividends                  ☐ Yes    ☒ No
   c. Pensions, annuities or life insurance payments        ☐ Yes    ☒ No
   d. Disability or workers compensation payments           ☐ Yes    ☒ No
   e. Gifts or inheritances                                 ☐ Yes    ☒ No
   f. Any other sources                                     ☐ Yes    ☒ No

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.
   __I made about 900.00 a month from 10-12-06 → 1-30-07 the date of my arrest at my Home Auto Body Repair.__

4. Do you have **any** cash or checking or savings accounts?    ☐ Yes    ☒ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?    ☐ Yes    ☒ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   *none*

I declare under penalty of perjury that the above information is true and correct.

_10-12-07_                    _Michael Boussonneau_
Date                          Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

RESIDENT HISTORY REPORT

Montgomery County Jail                                                                 Page 1 of 1
10/18/07  10:05
ST 002 / OPR YR

```
Booking Number    : 79628
Resident Name     : BOISSONEAU, MICHAEL RONNIE
Time Frame        : 01/30/2007 18:18 - 10/18/2007 10:05
```

| Date | Time | Type | ST | OPR | Receipt # | Amount | Balance |
|------|------|------|----|----|-----------|--------|---------|
| 01/30/2007 | 18:18 | Reopen | | | | | |
| 03/05/2007 | 09:04 | Order | 4 | DW | D8278 | 0.00 | 0.00 |
| 03/12/2007 | 08:11 | Order | 2 | JD | B85305 | 0.00 | 0.00 |
| 03/15/2007 | 08:30 | Order | 2 | JD | B86087 | 0.00 | 0.00 |
| 03/19/2007 | 14:07 | Add | 2 | JD | B86359 | 0.00 | 0.00 |
| 03/19/2007 | 14:07 | Rec Payment | 3 | yr | C139163 | 100.00 | 100.00 |
| 03/22/2007 | 08:26 | Order | 3 | yr | C139164 | 32.00 | 68.00 |
| 03/29/2007 | 08:16 | Order | 2 | JD | B86940 | 48.97 | 19.03 |
| 04/05/2007 | 08:09 | Order | 2 | JD | B87462 | 13.44 | 5.59 |
| 04/09/2007 | 09:00 | Order | 2 | JD | B88212 | 3.57 | 2.02 |
| 04/16/2007 | 08:12 | Order | 2 | JD | B88533 | 1.19 | 0.83 |
| 04/16/2007 | 12:48 | Add | 2 | JD | B89107 | 0.50 | 0.33 |
| 04/19/2007 | 08:01 | Order | 3 | yr | C140467 | 100.00 | 100.33 |
| 04/26/2007 | 08:01 | Order | 2 | JD | B89450 | 81.17 | 19.16 |
| 05/03/2007 | 08:17 | Order | 2 | JD | B90005 | 17.38 | 1.78 |
| 05/07/2007 | 08:10 | Order | 2 | JD | B90558 | 1.51 | 0.27 |
| 05/11/2007 | 12:28 | Add | 2 | JD | B90844 | 0.26 | 0.01 |
| 05/14/2007 | 08:49 | Order | 3 | yr | C141743 | 100.00 | 100.01 |
| 05/17/2007 | 11:19 | Rec Payment | 2 | JD | B91465 | 48.72 | 51.29 |
| 05/21/2007 | 08:21 | Order | 3 | yr | C141982 | 0.75 | 50.54 |
| 05/24/2007 | 08:08 | Order | 2 | JD | B92102 | 42.79 | 7.75 |
| 05/25/2007 | 12:42 | Credit | 2 | JD | B92391 | 7.73 | 0.02 |
| 06/04/2007 | 08:14 | Order | 2 | JD | B92588 | 1.80 | 1.82 |
| 06/08/2007 | 11:56 | Add | 2 | JD | B93107 | 1.50 | 0.32 |
| 06/11/2007 | 08:07 | Order | 3 | yr | C142872 | 60.00 | 60.32 |
| 06/11/2007 | 12:09 | Rec Payment | 2 | JD | B93720 | 40.54 | 19.78 |
| 06/14/2007 | 08:14 | Order | 3 | yr | C142940 | 7.91 | 11.87 |
| 06/14/2007 | 14:22 | Add | 2 | JD | B94052 | 11.06 | 0.81 |
| 06/14/2007 | 14:22 | Rec Payment | 3 | yr | C143149 | 100.00 | 100.81 |
| 06/18/2007 | 07:56 | Order | 3 | yr | C143150 | 5.09 | 95.72 |
| 06/25/2007 | 08:40 | Order | 2 | JD | B94325 | 46.67 | 49.05 |
| 06/28/2007 | 08:11 | Order | 2 | JD | B94888 | 32.19 | 16.86 |
| 07/12/2007 | 09:51 | Rec Payment | 2 | JD | B95181 | 16.53 | 0.33 |
| 07/12/2007 | 13:18 | Add | 2 | yr | B96590 | 0.13 | 0.20 |
| 07/12/2007 | 13:18 | Rec Payment | 3 | yr | C144328 | 100.00 | 100.20 |
| ??/??/2007 | 08:10 | Order | 3 | yr | C144329 | 2.87 | 97.33 |
| 07/23/2007 | 07:53 | Order | 2 | JD | B96764 | 64.52 | 32.81 |
| 07/31/2007 | 14:52 | Add | 2 | JD | B97423 | 32.61 | 0.20 |
| 08/02/2007 | 08:01 | Order | 3 | yr | C144973 | 100.00 | 100.20 |
| 08/06/2007 | 08:10 | Order | 2 | JD | B98346 | 58.18 | 42.02 |
| 08/13/2007 | 07:56 | Order | 2 | JD | B98658 | 32.41 | 9.61 |
| 08/16/2007 | 13:24 | Add | 2 | JD | B99312 | 9.38 | 0.23 |
| 08/20/2007 | 11:04 | Rec Payment | 3 | yr | C145527 | 100.00 | 100.23 |
| 08/20/2007 | 12:27 | Order | 3 | yr | C145616 | 6.00 | 94.23 |
| 08/22/2007 | 15:28 | Rec Payment | 1 | srmJW | A58977 | 55.90 | 38.33 |
| 08/29/2007 | 10:28 | Rec Payment | 2 | yr | B99913 | 3.00 | 35.33 |
| 08/30/2007 | 07:58 | Order | 2 | yr | B100481 | 1.50 | 33.83 |
| 09/06/2007 | 07:48 | Order | 2 | JD | B100578 | 26.64 | 7.19 |
| 10/01/2007 | 19:06 | Cashier-Cash | 2 | SWCLR | B100857 | 7.16 | 0.03 |
| 10/04/2007 | 08:02 | Order | 6 | cobra | F1518 | 17.25 | 17.28 |
| 10/11/2007 | 07:58 | Order | 2 | JD | B103141 | 17.04 | 0.24 |
| | | | 2 | SWCLR | B103818 | 0.13 | 0.11 |



```
              SWANSON SERVICES CORPORATION
                BIRMINGHAM SERVICE CENTER
                  for MONTGOMERY COUNTY, AL
filled by  ZOT              delivered by _____
       ** Must show ID to receive Order **
Name        BOISSONEAU, MICHAEL RONNIE
Account # 7962A                Receipt # B103818
Order Slip # 133  - MOMR0596   Date 10/11/2007
Location 3A-01
Bal After Order $0.11
Item  Qty   Description              Cost  Short
-------------------------------------------------
6018   1    GOLF PENCIL              0.12

                                Tax    $0.01
                                Total  $0.13

I have checked and received this order with any
and all credits/shortages as indicated herein.

Signed _____
```

Michael Batsoutineau 796a8
P.O. Box 4599
M.C.D.F.
Montgomery Al. 36103

INMATE MAIL

MONTGOMERY AL 361
31 OCT 2007 PM 4
USA 41

Office of the Clerk
United States District Court
P.O. Box 711
Montgomery Alabama 36101-0711