IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MICHAEL RONNIE BOISSONNEAU, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:07-CV-914-MHT |
| | ) | |
| DAVID TIBBS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ON MOTION**

Upon review of the application for leave to proceed without prepayment of fees filed by the plaintiff on November 1, 2007 (Court Doc. No. 7), which the court construes as a motion for leave to proceed *in forma pauperis*, and as the court previously granted the plaintiff leave to proceed *in forma pauperis* in this cause of action, *Order of October 16, 2007 - Court Doc. No. 3*, it is

ORDERED that the instant motion be and is hereby DENIED as moot.

Done this 2nd day of November, 2007.

                                              /s/ Terry F. Moorer
                                      TERRY F. MOORER
                                      UNITED STATES MAGISTRATE JUDGE