# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

| | |
|---|---|
| **MICHAEL RONNIE BOISSONEAU,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **Civil Action No.:** |
| ) | **2:07-cv-914-MHT** |
| ) | |
| **DAVID TIBBS, et al,** ) | |
| ) | |
| **Defendants.** ) | |

## MOTION FOR AN ENLARGEMENT

Comes now the Defendant, **David Tibbs,** by and through the Attorney General for the State of Alabama, by and through its assistant attorney general, *Bettie J. Carmack*, and moves this Honorable Court to grant additional time to respond to this Court's order dated October 16, 2007 and, for ground, states as follows:

*Defense counsel is still in the process of gathering information to prepare the special report as requested by this Court.*

**WHEREFORE PREMISES CONSIDERED**, the defendant requests the following from this Honorable Court:

A. Grant a thirty (30) day extension for the defendants to file the special report.

B. Any other and further relief in which the defendants may be entitled.

Respectfully Submitted,

Troy King (KIN047)
Attorney General


/s/ *Bettie J. Carmack*
Bettie J. Carmack (CAR-132)
*Assistant Attorney General*
*Civil Division*
11 South Union Street
Montgomery, AL  36130
Phone: 334-353-5305
Fax: 334-242-2433
Email: bcarmack@ago.state.al.us

## CERTIFICATE OF SERVICE

I hereby certify that I have, this the __21st__ day of **November, 2007**, served a copy of the foregoing upon the Plaintiff, by placing a copy of the same in the United States Mail, postage prepaid and properly addressed as follows:

**Michael Ronnie Boissonneau
3002 Lower Wetumpka Road
Montgomery, AL 36110**


/s/ *Bettie J. Carmack*
Bettie J. Carmack (CAR-132)
*Assistant Attorney General*
Office of the Attorney General
11 South Union Street
Montgomery, AL 36130
Telephone: (334) 353-5305
Facsimile: (334) 242-2433

2