IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MICHAEL RONNIE BOISSONNEAU  )  <br>  ) <br> Plaintiff,  ) <br>  ) <br> v.  ) <br>  ) <br>  ) <br> DAVID TIBBS, et al.,  ) <br>  ) <br> Defendants.  ) | CIVIL ACTION NO. 2:07-CV-914-MHT |

**ORDER**

Pending before the Court is Defendant David Tibbs *Motion for an Enlargment* (Doc. 9, filed November 21, 2007) and Defendants D.T. Marshall and Quality Corrections Medical Services oral request for an extension of time.[1]  For good cause, it is **ORDERED** that:

(1) The *Motion for an Enlargment* (Doc. 9) is **GRANTED**.  Defendant Tibbs is granted a thirty (30) day extension to file the special report; and

(2) Defendants D.T. Marshall and Quality Corrections Medical Services deadline to file their Answers is extended to **Wednesday, November 28, 2007.**

Done this 21st day of November, 2007.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE

---

[1] Counsel for Defendants D.T. Marshall and Quality Corrections Medical Services contact chambers and spoke with the Court's law clerk on November 21, 2007.