IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT
OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| MICHAEL RONNIE BOISSONNEAU, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 2:07cv914-MHT |
| ) | |
| DAVID TIBBS, et al., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF APPEARANCE

COMES NOW Constance C. Walker, of the law firm of Haskell Slaughter Young & Gallion, LLC, and files this notice of appearance as counsel for the Defendant Sheriff D. T. Marshall.

Respectfully submitted this 26th day of November, 2007.

/s/ Constance C. Walker
Constance C. Walker (ASB-5510-L66C)
Attorney for the Defendant Sheriff D. T. Marshall

**OF COUNSEL:**

**HASKELL SLAUGHTER YOUNG & GALLION, LLC**
305 South Lawrence Street
Montgomery, Alabama 36104
(334)265-8573
(334)264-7945 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that I have served the foregoing document upon the following by causing a true and complete copy of same to be deposited in **the United States Mail,** sufficient first class postage prepaid, on this the 26th day of November, 2007, addressed as follows:

Michael Ronnie Boissonneau
#79628
Montgomery County Detention Facility
Montgomery, Alabama  36103

## **CERTICATE OF SERVICE**

I hereby certify that on the 26th day of November, 2007, I electronically filed the foregoing with the Clerk of the Court using the **CM/ECF** system that will send notification of such filing to the following counsel:

Bettie J. Carmack
Assistant Attorney General
Office of the Attorney General
11 South Union Street
Montgomery, Alabama  36130

/s/Constance C. Walker
OF COUNSEL

29337