IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **MICHAEL RONNIE BOISSONEAU,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **Civil Action No.:** |
| ) | **2:07-cv-914-MHT** |
| ) | |
| **DAVID TIBBS, et al,** ) | |
| ) | |
| **Defendants.** ) | |

**MOTION FOR THE PLAINTIFF TO
PROVIDE HIS CORRECT ADDRESS**

**COMES NOW** the Defendant, David Tibbs, by and through counsel, Bettie J. Carmack, and moves this Honorable Court to order the plaintiff to provide his correct address to the Court and, for grounds, state as follows:

1. The Montgomery County Detention Center has informed defense counsel that the plaintiff has "been released to the street."

2. Defense counsel mailed a letter to Boissonneau's last known address and it was returned "undeliverable." (Exhibit A)

3. Defense counsel has no means to communicate with the plaintiff without his address or the name and address of his counsel.

**WHEREFORE PREMISES CONSIDERED** the Defendant requests that this Honorable Court order Boissonneau to provide his correct mailing address within twenty (20) days.

                                                    Respectfully Submitted,

                                                    s/ Bettie J. Carmack
Assistant Attorney General
Office of the Attorney General
11 S. Union Street
Montgomery, AL 36130
(334) 242-7555
(334) 242-2433 – fax
bcarmack@ago.state.al.us

## **CERTIFICATE OF SERVICE**

I hereby certify that I have served the below listed individual a copy of the foregoing pleading by US Mail, properly addressed and postage pre-paid on this the 27th day of November, 2007:

Quality Corrections Health Services
115 S Perry St
Montgomery, Alabama 36104

I hereby certify that I have this 27th day of November, 2007, not served the following individual because his address is not known:

Michael Ronnie Boissoneau

I hereby certify that I have this 27th day of November, 2007 electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

Constance Walker
Haskell, Slaughter, Young, and Gallion, LLC
305 South Lawrence Street
Montgomery, AL 36104

s/ Bettie J. Carmack
Assistant Attorney General

**STATE OF ALABAMA**
OFFICE OF
ATTORNEY GENERAL
11 SOUTH UNION STREET
MONTGOMERY, ALABAMA 36130-0152

ADDRESS SERVICE REQUESTED



NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

Michael Ronnie Boissonneau
3002 Lower Wetumpka Road
Montgomery, AL 36110