IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MICHAEL RONNIE BOISSONNEAU, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:07-CV-914-MHT |
| | ) | |
| DAVID TIBBS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

Upon consideration of the motion for plaintiff to provide a correct address filed by defendant Tibbs on November 27, 2007 (Court Doc. No. 12), and as it is clear that the plaintiff has failed to provide the court with a correct address as required by the order of procedure entered on October 16, 2007 (Court Doc. No. 4), it is

ORDERED that this motion be and is hereby GRANTED. It is further

ORDERED that:

1. On or before December 10, 2007, the plaintiff shall show cause why this case should not be dismissed for his failure to provide the court with is current address in compliance with the orders of this court and his failure to adequately prosecute this action.

2. The defendants shall file no response to the complaint unless and until further order of this court.

The plaintiff is specifically cautioned that if he fails to respond to this order the

Magistrate Judge will recommend that this case be dismissed.

Done this 28th day of November, 2007.

    /s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE