IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **MICHAEL BOISSONNEAU** | ) |
| | ) |
|    **Plaintiff,** | ) |
| | )    CASE NO.-2:07-CV-914-MHT-TFM |
| **v.** | ) |
| | ) |
| **DAVID TIBBS, et al.,** | ) |
| | ) |
|    **Defendants.** | ) |

### NOTICE OF APPEARANCE

Comes now Wayne P. Turner, Attorney at Law, and gives notice of appearance as attorney of record for Defendant, Quality Corrections Health Care, Inc.

Respectfully submitted this the 28th day of November, 2007.

                                                        /s/ Wayne P. Turner
                                                      Attorney for Defendant Bates

**OF COUNSEL:**
Wayne P. Turner, Esq.
Bar Number: ASB7227T80W
Attorney for Defendant Bates
1505 Madison Avenue
Montgomery, AL 36107
(334) 420-6560 Telephone
(334) 265-9299 Facsimile
waynetlaw@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this 28th day of November,2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system that will send notification of such filing to the parties and/or have mailed a hard copy via US Mail, postage prepaid and properly addressed to:

Michael Ronnie Boissonneau c/o
Montgomery County Detention Facility
P.O. Box 4599
Montgomery, Alabama 361063

D.T. Marshall
250 South McDonough Street
Montgomery, Alabama 36104

David Tibbs
District Attorney's Office
100 S. Lawrence Street
Montgomery, Alabama 36104

/s/ Wayne P. Turner
OF COUNSEL