## IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| MICHAEL RONNIE BOISSONNEAU, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 2:07cv914-MHT |
| | ) | |
| DAVID TIBBS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

### AFFIDAVIT OF D. T. MARSHALL

Before me, a Notary Public, personally appeared D. T. Marshall and after being duly sworn, did say as follows:

1.     My name is D. T. Marshall, and I am the Sheriff of Montgomery County, Alabama. The following affidavit is based on personal knowledge.

2.     The total, daily operations of the jail are managed by the Director of the Detention Facility, employed by the Montgomery County Sheriff's Office.

3.     I do not know inmate Michael Ronnie Boissonneau and I have never had any contact with him. I am not familiar with his medical condition or with the medical treatment he has received at the Montgomery County Detention Facility.   The Montgomery County Detention Facility has contracted with an outside medical services company to provide medical services to inmates at the Montgomery County Detention Facility.  It is the policy of the Montgomery County Detention Facility that every effort will be made on the part of facility personnel to ensure safe custody, decent living conditions and fair treatment for all inmates.

4.    I have never denied medical treatment to inmate Michael Ronnie Boissonneau.

_D. T. Marshall_ _(signature)_

**D. T. Marshall**
**Sheriff, Montgomery County Alabama**

STATE OF ALABAMA          *
                          *
MONTGOMERY COUNTY         *

I, _Linette Ban_ , a Notary Public in and for said County, in said State, hereby certify that D. T. Marshall, whose name is signed to the foregoing report, and who is known to me, acknowledged before me on this day that, having read the contents of this document, he executed the same on the day the same bears date.

Given under my hand and official seal this _27th_ day of _November_ , 2007.

_Linette Ban_ _(signature)_

Notary Public
My commission expires _12-19-09_

29386

2

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

MICHAEL RONNIE BOISSONNEAU    )
                                )
           **Plaintiff,**         )
                                )
    **v.**                     )     **CIVIL ACTION NO. 2:07-CV-914-MHT**
                                )
**DAVID TIBBS, et al.,**             )
                                )
           **Defendants.**     )

## <u>AFFIDAVIT OF GINA M. SAVAGE</u>

Before me, a Notary Public, personally appeared Gina M. Savage and after being duly sworn, did say as follows

1.      My name is Gina Savage. I am Director of the Montgomery County Detention Facility.

2.      I have not violated the constitutional rights of Inmate Michael Ronnie Boissonneau.

3.      Inmate Michael Ronnie Boissonneau, a pre trial detainee, was booked into the Montgomery County Detention Facility January 30, 2007, charged with Reckless Endangerment, Assault II and Resisting Arrest. Bond was fixed at $6,500.00. Charges of Escape I were added and his bond was increased to $7,500.00.

When Inmate Boissonneau was booked into the Facility at 1630 hours on January 30, 2007, the Lieutenant on duty was advised that Inmate Boissonneau had suffered injuries during his arrest and that he had been treated at Jackson Hospital Emergency Room. The arresting officer presented the medical discharge paperwork. The medical nurse on duty reported to

booking to examine Inmate Boissonneau. Her notes indicate that he suffered edema to bilateral eyes with 2 stitches above left eye. His face and nose were red with dried blood on his nose and checks. Edema was also noted on the left side of back with discoloration. His eyes and the left side of his body were tender to touch. After being examined, Inmate Boissonneau was placed in a holding cell. At approximately 2130 hours he was showered and dressed in facility clothing.

4.      Inmate Boissonneau was seen by Dr. Nichols on January 30, 2007, and was prescribed Percogesic for rib fractures. He was transported to Baptist ER on February 4, 2007, for follow-up. Numerous lab tests were conducted and reviewed by medical personnel with normal results. On February 6, 2007, he was prescribed Doxycycline for bronchitis and continued on Coumadin, which he was taking prior to entering the facility.

Upon being booked into the facility, Inmate Boissonneau was housed in a first floor holding cell for medical observation. He was observed continuously by medical personnel and detention facility staff until February 12, 2007, when he was removed from the first floor holding cell and placed in general population.

He was seen by medical personnel on March 13, 2007. Inmate Boissonneau submitted sick call requests for miscellaneous medical complaints and was seen by medical personnel on May, 25, 2007, June 26, 2007, July 11, 2207, July 18, 2007, and July 30, 2007.

5.      Inmate Boissonneau did not file a grievance or complaint regarding lack of medical treatment while incarcerated.

6.    Inmate Boissonneau was released from the Montgomery County Detention Facility

November 15, 2007.  He was never denied medical treatment while incarcerated in the

Montgomery County Detention Facility.

_____
Gina M. Savage


Sworn to and subscribed before me this 26th day of  November, 2007.


_____
Notary Public
My Commission Expires September 13, 2010

# MONTGOMERY COUNTY DETENTION FACILITY
## INCIDENT REPORT

**REPORT#:** 01-30-07-002    **DATE OF REPORT:** 01-30-07

**TIME OF REPORT:** 2100 hours   **LOCATION:** Booking

**TYPE OF INCIDENT:** Inmate enters Facility with Injuries  **TIME:** 1830

**REPORTED BY:** Matthews   E.   Lieutenant

     **LAST NAME**   **FIRST NAME**   **RANK**  **ID#**

## INMATES INVOLVED IN INCIDENT

| NAME (LAST, FIRST) | RACE/SEX | BOOKING # | CELL | WITNESS/VICTIM/OFFENDER (INDICATE ONE) |
|---|---|---|---|---|
| Boissonneau, Michael Ronnie | W/M | 79628 | 1B-3 | victim |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## INJURY TO VICTIM

**EXTENT OF VICTIM INJURY:** ( ) MINOR (X) SERIOUS ( ) FATAL

**TYPE OF INJURY:** See Nurse's Notes

**VICTIM HOSPITALIZED:** ( ) YES (X) NO

**IF "YES" WHAT HOSPITAL:**

### MEDICAL ACTION

**DESCRIBE MEDICAL ACTION:**  See Nurse's Notes

## DETAILS OF INCIDENT
### DESCRIBE INCIDENT IN DETAIL (WHO, WHAT, WHERE, WHEN, HOW, WHY, AND ACTION TAKEN BY OFFICER)

On January 30, 2007, at approximately 1630 hours, Corporal Clemens (M.C.S.O.)brought into the Detention Facility Inmate Boissonneau.  The Arrestee was charged with the following, Reckless Endangerment, Assault and Resisting Arrest.  Upon entry into the facility Corporal Clemens informed Lieutenant Matthews of Inmate Boissonneau's obvious injuries, as well as others unseen.  Lieutenant Matthews immediately had Nurse Hill paged to report to Booking.  Corporal Clemens further stated that Inmate Boissonneau had been treated at Jackson Hospital Emergency Room and he had the medical paperwork (discharge) in hand.  Nurse Hill reported to the area, checked Inmate Boissonneau and took possession of the paperwork (see Nurse's Notes).  Inmate Boissonneau was placed in cell 1B-3 by Sergeant Williams until he could be processed.  It was later reported to Lieutenant Garner by Dispatch Dees that Inmate Boissonneau's injuries were received during an altercation with several construction workers.  District Attorney Investigator D.Tibbs was making a lawful arrest when Inmate Boissonneau recklessly engaged in conduct by attacking him physically.  As a result of the attack on Investigator Tibbs , the civilians rendered assistance. At approximately 2130 hours, Inmate Boissonneau was showered , dressed out in facility clothing and photos were taken by Corporal Franklin.

**1**

REPORT# *01-30-07-002*

By signing below I concur with the content of the report.

Report prepared by: _____     Date:
Supervisor Signature: _____     Date: *1-30-07*

By signing below I concur with the content of the report.

Responding Officers:
_____     Date: *1-30-07*
_____     Date: *1-30-07*
_____     Date: *1-30-07*
_____     Date:
_____     Date:

By signing below I concur with the content of the report.

Medical Staff:
_____     Date:
_____     Date:
_____     Date:

**2**

## Montgomery County Jail
### Inmate Body Chart

Inmate Name: _Boissonneau Michael_    Nurse Name: _Linda E Hill_
I/M SS#: _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_    Today's Date: _1-30-09_
I/M's DOB: _10-26-1959_    I/M's Allergies: _Codeine_



Front View

Back View

Fractured Ribs

edema

edema

stitches

Front View

edema discoolaration

Left Side View

Right Side View

Right View

Left View

3

| Date/Time | Inmate's Name: | ssonneau Michael D.O.B. 10-30-59 S.S. # 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 |
|-----------|----------------|------|
| 1/30/07 1835 | | Writer called to booking, I/M noted to have edema to forehead & eyes c̄ 2 stitches above L eye. Dried blood noted on nose & cheek & L eye & nose yet. Edema noted to L side of back & L discoloration noted. Eyes & L side of body tender to touch. |

Southern Health Partners, Inc.
CONFIDENTIAL MEDICAL INFORMATION

Corporate Office:    Please note our new billing address:
Southern Health Partners, Inc.
3712 Ringgold Road, #364
Chattanooga, TN 37412

**4**

# MONTGOMERY COUNTY DETENTION FACILITY

## *Inmate Clothing Inventory*

Inmate Name **Boissonneau, Michael**

Date: **1/30/07**          Time: **21:20**     (AM) **(PM)**          Booking No. _____

**Inital Intake**

|  | Color | Type or Brand | Condition |
|---|---|---|---|
| ( ✗ ) Shoes: | | | |
| ( ) Belt: | | | |
| ( ) Hat or Cap: | | | |
| ( ✓ ) Jacket: | Blk 3X | St Johns Bay | Worn |

Inmate's Signature: *Michael Boissonneau*     Date: 1/30/07

Officer's Signature *Cpl J. Franklin*          Date 1/30/07

---

**Completion Intake:**     Color     Type or Brand     Condition

| | Color | Type or Brand | Condition |
|---|---|---|---|
| ( ✓ ) Shirt/Blouse: | Blue/white | Classes | Dirty (Bloody) |
| ( ✓ ) Pants/Skirt: | Tan | FARAH Quick Silver | Dirty |
| ( ) Socks | | | |
| ( ✓ ) Other | Blue | t-shirt - Chap | fair |
| | Grey | Short - Quick Silver | fair |

Locker Number **223**     (DW)

Extra property to be picked up by a friend or relative within 7 days.  If not picked up, extra property **WILL BE DESTROYED.**

Inmate's Signature: *Michael Boissonneau*     Date: 1/30/7

Officer's Signature *Cpl J. Franklin*          Date 1/30/07

Supervisor's Signature *Sgt _____*          Date 1-30-07

**5**

RECORD OF COUNTY PROPERTY

DATE 1/30/07

INMATE NAME Boissonneau, Michael          BOOKING #

Number of Items to be Issued:

( ) 2 Pants
( ) 2 Shirts
       or
( ) 2 Jumpsuits
( 1 ) Mattress
( 2 ) Sheets
( 1 or 2 ) Blankets
( 1 ) Towel
( ) 1 Face Towel
( 1 ) Laundry Bag (No. 96 )

Officer Cpl. L. Frankl.          Inmate [signature]

Number of Items to be Turned In:

( ) 2 Pants
( ) 2 Shirts
       or
( ) 2 Jumpsuits
( ) 1 Mattress
( ) 2 Sheets
( ) 1 or 2 Blankets
( ) 1 Towel
( ) 1 Face Towel
( ) 1 Laundry Bag (No. ___ )

Officer ___          Inmate ___

## ALABAMA UNIFORM ARREST REPORT

| Fingerprinted | R84 Completed |
|---|---|
| ☑ 1 Yes | ☑ 1 Yes |
| ☐ 2 No | ☐ 2 No |

**OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORMATION**

**1 ORI** 0,0,3,0,0,0 **2 AGENCY NAME** Montgomery County Sheriff's Office **3 CASE #** 0,7,0,0,0,1,0,8,1 **4 SFX**

**5 LAST, FIRST, MIDDLE NAME** Boissonneau, Michael Ronnie

**6 SEX** ☑M ☐F **7 RACE** ☑W ☐B ☐A ☐4 **8 HGT.** 5'10 **9 WGT.** 200 **10 HAIR** BRO **11 EYE** BRO **13 HAIR** **14 SKIN**

☐1 SCARS ☑2 MARKS ☐3 TATOOS ☐4 AMPUTATIONS

**15 PLACE OF BIRTH (CITY, COUNTY, STATE)** Portland, Maine **16 SSN** 2,6,7-,4,9-,1,2,9,9 **17 DATE OF BIRTH** 1,0 2,6 5,9 4,7 **18 AGE** **19 MISCELLANEOUS ID #** I605311

**20 SID #** **21 FINGERPRINT CLASS** KEY MAJOR PRIMARY SCDV SUB-SECONDARY FINAL **22 DL #** **23 ST** AL

**24 FBI #** HENRY CLASS / NCIC CLASS **25 IDENTIFICATION COMMENTS**

**26 ☑ RESIDENT / ☐ NON-RESIDENT** **27 HOME ADDRESS (STREET, CITY, STATE, ZIP)** 3000 Lower Wetumpka Montgomery, AL **28 RESIDENCE PHONE** **29 OCCUPATION (BE SPECIFIC)** Auto Body Repair

**30 EMPLOYER (NAME OF COMPANY/SCHOOL)** Self-Employed **31 BUSINESS ADDRESS (STREET, CITY, STATE, ZIP)** 3000 Lower Wetumpka Rd Montg. AL **33 BUSINESS PHONE**

**34 LOCATION OF ARREST (STREET, CITY, STATE, ZIP)** Jackson Hospital **35 SECTOR** CITY **35 ARRESTED FOR YOUR JURISDICTION?** ☑ YES ☐ NO

**36 CONDITION OF** ☐ DRUNK ☐ SOBER **☑ IN STATE / ☐ OUT STATE / ☐ OTHER AGENCY**

**ARRESTEE** ☑ DRINKING ☐ DRUGS **37 RESIST ARREST?** ☐ YES ☑ NO **38 INJURIES?** ☑ OFFICER ☐ ARRESTEE ☑1 NONE **39 ARMED?** ☐ Y ☑ N **40 DESCRIPTION OF WEAPON** ☐1 HANDGUN ☐4 OTHER FIREARM ☐2 RIFLE ☐5 OTHER WEAPON ☐3 SHOTGUN

**41 DATE OF ARREST** 0,4 1,3 0,7 **42 TIME OF ARREST** 15:45 ☐1 1 AM ☑2 PM ☐ MIL. **43 DAY OF ARREST** M T W T F S S **44 TYPE ARREST** ☐ ON VIEW ☐ CALL ☐ WARRANT **45 ARRESTED BEFORE?** ☑ YES ☐ NO ☐ UNKNOWN

**46 CHARGE-1** ☑ FEL ☐ MISD Assault II **47 UCR CODE** **48 CHARGE-2** ☑ FEL ☐ MISD Reckless Endangerment **49 UCR CODE**

**50 STATE CODE/LOCAL ORDINANCE** Wr.2007 86.00 **51 WARRANT #** **52 DATE ISSUED** 0,4 1,3 0,7 **53 STATE CODE/LOCAL ORDINANCE** Wr.2007 87.00 **54 WARRANT #** **55 DATE ISSUED** 0,4 1,3 0,7

**56 CHARGE-3** ☑ FEL ☐ MISD Resisting Arrest **57 UCR CODE** **58 CHARGE-4** ☐ FEL ☐ MISD **59 UCR CODE**

**60 STATE CODE/LOCAL ORDINANCE** Wr.2007 88.00 **61 WARRANT #** **62 DATE ISSUED** 0,4 1,3 0,7 **63 STATE CODE/LOCAL ORDINANCE** **64 WARRANT #** **65 DATE ISSUED** M D Y

**66 ARREST DISPOSITION** ☐1 HELD ☐2 BAIL ☐3 RELEASED ☐4 TOT-LE ☐5 OTHER **67 IF OUT ON RELEASE WHAT TYPE?** **68 ARRESTED WITH (1) ACCOMPLICE (FULL NAME)**

**69 ARRESTED WITH (2) ACCOMPLICE (FULL NAME)**

**70 VYR** **71 VMA** **72 VMO** **73 VST** **74 VCO** TOP BOTTOM **75 TAG #** **76 LIS** **77 LIY**

**78 VIN** **79 IMPOUNDED?** ☐1 YES ☑2 NO **80 STORAGE LOCATION/IMPOUND #**

**81 OTHER EVIDENCE SEIZED/PROPERTY SEIZED**

**82 JUVENILE DISPOSITION** ☐1 HANDLED AND RELEASED ☐2 REF. TO JUVENILE COURT ☐3 REF. TO WELFARE AGENCY ☐4 REF. TO OTHER POLICE AGENCY ☐5 REF. TO ADULT COURT ☐ CONTINUED IN NARRATIVE **83 RELEASED TO**

**84 PARENT OR GUARDIAN (LAST, FIRST, MIDDLE NAME)** **85 ADDRESS (STREET, CITY, STATE, ZIP)** **86 PHONE ( )**

**87 PARENTS EMPLOYER** **88 OCCUPATION** **89 ADDRESS (STREET, CITY, STATE, ZIP)** **90 PHONE ( )**

**91 DATE AND TIME OF RELEASE** M D Y : ☐1 AM ☐2 PM ☐ MIL. **92 RELEASING OFFICER NAME** **93 AGENCY/DIVISION** **94 ID #**

**95 RELEASED TO:** **96 AGENCY/DIVISION** **97 AGENCY ADDRESS**

**98 PERSONAL PROPERTY RELEASED TO ARRESTEE** ☐1 YES ☐2 NO ☐3 PARTIAL **99 PROPERTY NOT RELEASED/HELD AT:** **100 PROPERTY #**

**101 REMARKS (NOTE ANY INJURIES AT TIME OF RELEASE)** Fractured Rib. Laceration To Forehead. Treated At Jackson E.R. Lt. Mathews And Nurse Hill Notified At MEDF.

**102 SIGNATURE OF RECEIVING OFFICER** **102 SIGNATURE OF RELEASING OFFICER** LOCAL USE STATE USE

**MULTIPLE CASES CLOSED** **104 CASE #** **105 SFX** **106 CASE #** **107 SFX** **108 CASE #** **109 SFX** **110 ADDITIONAL CASES CLOSED NARRATIVE** ☐ Y ☐ N

**111 ARRESTING OFFICER (LAST, FIRST, M.)** Clemens, J **112 ID #** 80330 **113 ARRESTING OFFICER (LAST, FIRST, M.)** **114 ID #** **115 SUPERVISOR** **116 WATCH CMDR.** ID #

## TYPE OR PRINT IN BLACK INK ONLY

ACJIC–34 REV. 10-90

# MEDICAL OBSERVATION LOG

MY6628

DATE: _2-08-07_

INMATE NAME: _Michael Boissonneau_

BOOKING #: _79628_

AUTHORIZED BY: _____

REASON: _Medical Observation_

CELL: _1C-5_

**TIME INMATE OBSERVED**                    **OFFICER INITIAL**

| | | | |
|---|---|---|---|
| 2155 | 0418- | EM | TMC |
| 2210 | 0433 | EM | TMC |
| 20 | 0448 | KD | EM |
| 35 | 0506 | EM | EM |
| 55 | 0519 | EM | PT |
| 23 06 | 0530 | PT | PT |
| 20 | | | PT |
| 35 | | | AM |
| 48 | | | AM |
| 0004 | | | ATM |
| 15 | | | CW |
| 35 | | | BT |
| 55 | | | PB |
| 0108 | | | BT |
| 22 | | | EP |
| 38 | | | PB |
| 53 | | | WCW |
| 0209 | | | MA |
| 16 | | | MA |
| 30 | | | AM |
| 45 | | | EM |
| 0300 | | | EM |
| 17 | | | KD |
| 33 | | | ATM |
| 48 | | | KD |
| 0403 | | | KD |

# MEDICAL OBSERVATION LOG

DATE: 02/08/07

INMATE NAME: Boissonneau, Michael

BOOKING #: 79628

AUTHORIZED BY: _____

REASON: Medical observation

CELL: 1C-5

| TIME INMATE OBSERVED | OFFICER INITIAL |
|---|---|
| 6:01 | MCO |
| 6:32 | S.P |
| 7:50 | MCO/went to court |
| 11:35 | MCO/Ret. from Court |
| 12:30 | MCO |
| 13:42 | MT |
| 1400 | 5A |
| 1513 | GW  GW |
| 1602 | RB |
| 1700 | RB |
| 1819 | GT |
| 1917 | GW |
| 2004 | GW |
| 2044 | CP |
| 2128 | GW |


*File*

# MEDICAL OBSERVATION LOG

DATE: 2-8-07

INMATE NAME: Michael Boissonneau

BOOKING #: 79628

AUTHORIZED BY:

REASON: Medical Observation

CELL: 1-C-5

| TIME INMATE OBSERVED | OFFICER INITIAL |
|---|---|
| 6:00 | Cpl Ibidapo |
| 44 | Sgt. Roberson |
| 50 | Ofc. Smith |
| 8:02 | Cpl. Rodgers |
| 40 | " " |
| 9:17 | " " |
| 30 | Lt. Findley |
| 10:20 | Cpl. Rodgers |
| 57 | W. Findley |

**10**

# MEDICAL OBSERVATION LOG

DATE: 2/07/07

INMATE NAME: Boissonneau, Michael

BOOKING #: 79628

AUTHORIZED BY: G. Cobb

REASON: Medical Observation

CELL: 1C5

**TIME INMATE OBSERVED**        **OFFICER INITIAL**

| Time | Observed | Time | Initial |
|------|----------|------|---------|
| 1410 | 15 | | DW  CP |
| 29 | 20 | | DF  KB |
| 45 | 45 | | DF  TF |
| 300 | 900 | | JD  JD |
| 15 | 15 | | JD  JD |
| 30 | 30 | | JD  JD |
| 45 | 45 | | JD  TF |
| 400 | DW | | |
| 15 | DF | 2200 | DN |
| 30 | DW | 40 | WEW |
| 45 | DF | 2303 | CW |
| 500 | DW | 36 | WW |
| 15 | DW | 0009 | WEW |
| 30 | TG | 0049 | EM |
| 45 | TG | 0116 | SW |
| 600 | TF | 55 | WCW |
| 15 | CP | 0234 | CW |
| 30 | CP | 0317 | WEW |
| 45 | CP | 38 | CW |
| 700 | JD | 52 | CW |
| 15 | JD | 0400 | CW |
| 30 | CP | 15 | WEW |
| 45 | JD | 30 | CW |
| 800 | JD | 45 | WEW |
| | | 0500 | AM |
| | | 15 | AM |
| | | 30 | CW |
| | | 45 | WW |
| | | 0600 | DN |

**11**

# MEDICAL OBSERVATION LOG

DATE: 2/6/07

INMATE NAME: Michael Boissonneau

BOOKING #: 79628

AUTHORIZED BY: S. Cobb

REASON: altercation, on Coumiden

CELL: 1C-5

| TIME INMATE OBSERVED | OFFICER INITIAL |
|---|---|
| 1355 | LT |
| 1440 | RH |
| 1515 | MT |
| 1600 | RB |
| 1647 | RH |
| 1712 | JJ |
| 1740 (visit w/ Dr. Nicoles) | MT |
| 1820 | RH |
| 1905 | JJ |
| 1950 | JJ |
| 2030 | MT |
| 2115 | RH |
| 2145 | JJ |

**12**

# MEDICAL OBSERVATION LOG

DATE: _2-06-07_

INMATE NAME: _Michael Boissonneau_

BOOKING #: _79628_

AUTHORIZED BY: _G. Cobb_

REASON: _Medical Observation_

CELL: _1C-5_

| TIME INMATE OBSERVED | | OFFICER INITIAL |
|---|---|---|
| 2200 | 0415 - AS | TMC |
| 14 | 30 - DN | AS |
| 32 | 45 - SAW | SAW |
| 47 | 0500 - EP | SAW |
| 2300 | 15 - SAW | AS |
| 12 | 30 - SAW | SAW |
| 39 | 45 - SAW | EP |
| 48 | 0600 - SAW | JS |
| 0005 | | AS |
| 21 | | DN |
| 38 | | EP |
| 48 | | ACL |
| 0119 | | ACL |
| 31 | | PT |
| 47 | | WEW |
| 0202 | | PT |
| 15 | | WEW |
| 30 | | SAW |
| 45 | | AS |
| 0308 | | EP |
| 21 | | EP |
| 30 | | AMM |
| 45 | | AS |
| 0400 | | EP |

13

# MEDICAL OBSERVATION LOG

DATE: _2-6-07_

INMATE NAME: _Michael Boissonneau_

BOOKING #: _79628_

AUTHORIZED BY: _Gail Cobb RNA._

REASON: _Altercation, on_

CELL: _IC 5_

| TIME INMATE OBSERVED | | OFFICER INITIAL | |
|---|---|---|---|
| 0555 | 1200 | JMR | DB |
| 0615 | 12:15 | AM | DB |
| 0630 | 12:30 | SS | PP |
| 0645 | 12:45 | AM | PP |
| 0700 | 1300 | SS | DB |
| 0715 | 1315 | SS | WEA |
| 0730 | 1330 | LS | JR |
| 0745 | 1345 | WF | JR |
| 0800 | | LJ | |
| 0815 | | SS | |
| 0830 | | SS | |
| 0845 | | DB | |
| 0900 | | WF | |
| 0915 | | WF | |
| 0930 | | DB | |
| 0945 | | RH | |
| 1000 | | SS | |
| 1015 | | SS | |
| 1030 | | SS | |
| 1045 | | SS | |
| 1100 | | SS | |
| 1115 | | SS | |
| 1130 | | DB | |
| 1145 | | SS | |

**14**

# MEDICAL OBSERVATION LOG

DATE: _2-5-07_

INMATE NAME: _Michael Boissonneau_

BOOKING #: _79628_

AUTHORIZED BY: _Gail Cobb m-a._

REASON: _Altercation, on counident._

CELL: _1C5_

| TIME INMATE OBSERVED | OFFICER INITIAL |
|---|---|
| 1455 | 9M |
| 1535 | SA |
| 1615 | SA |
| 1704 | SM |
| 1743 | CD |
| 1826 | MT |
| 1900 | MT |
| 1955 | SM |
| 2028 | DL |
| 2100 | SA |
| 2148 | CD |
| 2200 | DM |
| 22 51 | ACL |
| 23 25 | BT |
| 0015 | TC |
| 0040 | EP |
| 0140 | WW |
| 0214 | JS |
| 0313 | ACL |
| 0339 | CC |
| 0411 | ACL |
| 0446 | JS |
| 0517 | ACL |
| 0600 | DM |

**15**

**SOUTHERN HEALTH PARTNERS**

*Faxed 2/6/07 ay*

Corporate Office: 3712 Ringgold Rd., #364 Chattanooga, TN 37412
Corporate Phone: 423•553•5635    Corporate Fax 423-553-5645

*phone 286-2951*

# FAX TRANSMITTAL

*Confidential Transmission by SHP*

FAX TO: *Baptist South*

Fax # *286-3343*

FROM:

From Site Name: *Montgomery County*    Jail Medical Unit

*Montgomery* City/State *Alabama*

From Site Phone # *832-25-42* From Site Fax # *832-7768*

DATE: *2/6/07*

PAGES: *2* includes cover page
*(if you have not received all of the pages, please contact me immediately)*

☐ For Your Information    ☒ Needs Immediate Response/Action    ☐ Please call me

Message(s): *Ref: Michael Boissoneau*
*Please, send lab reports, X-rays reports*
*etc. Diagnosis + Dr. Assessment from recent*
*ER/ hospital adm of 2/4/07.*
*Thank you,*
*A. Goodson, RN*

The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited.



SOUTHERN
HEALTH
PARTNERS

# AUTHORIZATION FOR RELEASE OF MEDICAL INFORMATION TO CORRECTIONAL FACILITY

To _Baptist South_

I hereby authorize any hospital, clinic, physician's office, and/or health agency to provide any information they may have acquired while attending me for a medical, dental, or psychiatric problem to Southern Health Partners, Inc. who is the medical care provider of this Correctional Facility. Such information may include the following items:

  Summary of positive findings, most recent history, physical exam including any diagnostic tests;
  Medical/dental/psychiatric/psychological diagnosis and treatment regimen when last treated;
  Hospital discharge summary for any/all hospitalization(s);  Laboratory and/or Special Study Reports;
  Any other medical/dental/psychiatric services I may have previously had, currently seeking, or
  future treatment plans;  Other Records: _____

I understand my records are protected under state and/or federal privacy laws and cannot be disclosed to any other outside party without my written consent unless otherwise provided for by state or federal law. Records received will be kept within the patient's medical file within the correctional medical unit and be used in the ongoing provision of health care services.

I release responsibility and/or liability from the correctional facility for the release of the above requested medical file information to the medical unit to the extent indicated and authorized.

Please send requested documents    ATTN: MEDICAL UNIT/SOUTHERN HEALTH PARTNERS
to the following address:    County Name: _Montgomery_ COUNTY JAIL
                             Street Address: _250 South McDonough St_
                             City/State/Zip: _Montgomery, Al_ Fax: _832-7768_ (832-7768)

Patient Name: _Michael Boissoneau_    Birth Date: _10/26/59_
Social Security Number: _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_    Dates of Service(s): _2/4/07 until 2/5/07_
Inmate's Signature: X _Michael Boissoneau_    Date: _2/6/07_
Witness: _A. Hodson, RN_    Date: _2/6/07_

Final Privacy Rule (page 82540, HIPAA) states while individuals are in a correctional facility or in the lawful custody of a law enforcement official, covered entities (i.e. jail medical units) can use, request or disclose protected health information about these individuals without authorization to the correctional facility having custody as necessary for: the provision of health care to such individuals; for the health and safety of such individuals and other inmates; and the health and safety of the officers of employees of or other as the correctional institution. Covered entities are allowed to disclose protected health information about these individuals if the correctional institution represents that the protected health information is necessary for these purposes.



B0703500227    BOISSONNEAU, MICHAEL R
DOB: 10/26/59    Age: 47Y  MR #: 273758
Admit Date/Time: 02/04/07    1323P
911 MOOREHOUSE, JOHN D



**Baptist** HEALTH

# HOME MEDICATION RECORD/ORDER SHEET

| DATE : | Information Provided by: Patient | ☐ No Home Medications | Allergies: |
|---|---|---|---|
| TIME: | Other: | Height: | |
| | | Weight: | |

## Reconcile all home medications upon admission, transfer and discharge

## LIST ALL PRESCRIPTION AND NON-PRESCRIPTION (*Over the counter*)* MEDICATIONS BELOW:

\* The following list is provided by the patient and/or the patient's family or caregiver based upon their best information and belief.

| | LIST ALL MEDICATIONS BY DRUG NAME, DOSE, QUANTITY, FREQUENCY AND LAST DOSE TAKEN | | | | TIME LAST DOSE | ON ADMIT ORDER | PHYSICIAN ORDER Continue: | | DISCHARGE MEDICATIONS TO CONTINUE | |
|---|---|---|---|---|---|---|---|---|---|---|
| | **MEDICATION NAME** | Dose | Route | Frequency | | ✔ | Yes | No | Yes | No |
| 1. | | | | | | | | | | |
| 2. | | | | | | | | | | |
| 3. | | | | | | | | | | |
| 4. | | | | | | | | | | |
| 5. | Coumadin – does not | | | | | | | | | |
| 6. | take | | | | | | | | | |
| 7. | | | | | | | | | | |
| 8. | | | | | | | | | | |
| 9. | | | | | | | | | | |
| 10. | | | | | | | | | | |
| 11. | | | | | | | | | | |
| 12. | | | | | | | | | | |
| 13. | | | | | | | | | | |
| 14. | | | | | | | | | | |
| 15. | | | | | | | | | | |
| 16. | | | | | | | | | | |
| 17. | | | | | | | | | | |
| 18. | | | | | | | | | | |
| 19. | | | | | | | | | | |
| 20. | | | | | | | | | | |

**DISPOSITION OF MEDICATIONS**    ☐ Sent home with family member  (Name:_____)
☐ Left with patient    ☐ Secured in Medication Room, Patient Label Attached

Admission Nurse:_____    **Discharge Nurse:** _____

Verbal Order – Doctor_____ / Read Back _____RN/LPN Date:_____Time:_____
**OR**

Physician Signature: _____    Date:_____    Time:_____

Patient Signature of receipt of home medication list: _____ Date/Time:_____

**\*\*Resume your home medications as reported on your Home Medications Record Sheet, attached here to. Do not take any non-listed medications without first checking with your physician.**



**18**

White Copy - Medical Record    Yellow Copy - Patient    Form # PH 3508B  Revised 00/00/00



B0703500227    BOISSONNEAU,MICHAEL R
DOB: 10/26/59    Age:47Y    MR #:273753
Admit Date/Time: 02/04/07    1323P
911 MOOREHOUSE,JOHN D

*Patient Information*

✠ **Baptist** HEALTH

# HOME MEDICATION RECORD/ORDER SHEET

| DATE : | Information Provided by: Patient | ☐ No Home Medications | Allergies: |
|---|---|---|---|
| TIME: | Other: | Height: Weight: | |

## Reconcile all home medications upon admission, transfer and discharge

### LIST ALL PRESCRIPTION AND NON-PRESCRIPTION (*Over the counter*)* MEDICATIONS BELOW:
* The following list is provided by the patient and/or the patient's family or caregiver based upon their best information and belief.

| LIST ALL MEDICATIONS BY DRUG NAME, DOSE, QUANTITY, FREQUENCY AND LAST DOSE TAKEN | | | | TIME LAST DOSE | ON ADMIT ORDER ✔ | PHYSICIAN ORDER Continue: | | DISCHARGE MEDICATIONS TO CONTINUE | |
|---|---|---|---|---|---|---|---|---|---|
| MEDICATION NAME | Dose | Route | Frequency | | | Yes | No | Yes | No |
| 1. | | | | | | | | | |
| 2. | | | | | | | | | |
| 3. | | | | | | | | | |
| 4. | | | | | | | | | |
| 5. Coumadin – does not take | | | | | | | | | |
| 6. | | | | | | | | | |
| 7. | | | | | | | | | |
| 8. | | | | | | | | | |
| 9. | | | | | | | | | |
| 10. | | | | | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |
| 18. | | | | | | | | | |
| 19. | | | | | | | | | |
| 20. | | | | | | | | | |

**DISPOSITION OF MEDICATIONS**    ☐ Sent home with family member  (Name:_____
☐ Left with patient    ☐ Secured in Medication Room, Patient Label Attached

Admission Nurse:_____    Discharge Nurse:_____
Verbal Order - Doctor_____ / Read Back _____RN/LPN Date:_____Time:_____
  **OR**
Physician Signature:_____ Date:_____ Time:_____

Patient Signature of receipt of home medication list:_____ Date/Time:_____

**Resume your home medications as reported on your Home Medications Record Sheet, attached here to. Do not take any non-listed medications without first checking with your physician.

## 19





**SOUTHERN HEALTH PARTNERS**

Corporate Office: 3712 Ringgold Rd., #384 Chattanooga, TN 37412
Corporate Phone: 423•553•5635   Corporate Fax 423-553-5645

*phone 286-2951*

# FAX TRANSMITTAL

Confidential Transmission by SHP

FAX TO: *Baptist South*                    Fax # *286-3343*

FROM:

From Site Name: *Montgomery County*  Jail Medical Unit

*Montgomery* City/State *Alabama*

From Site Phone # *832-25-42* From Site Fax # *832-7768*

DATE: *2/6/07*           PAGES: *2* includes cover page
(if you have not received all of the pages, please contact me immediately)

☐ For Your Information      ☒ Needs Immediate Response/Action      ☐ Please call me

Message(s): *Ref: Michael Boissoneau*
*Please, send lab reports, X-rays reports*
*etc. Diagnosis + Dr. Assessment from recent*
*ER/ hospital adm of 2/4/07.*
*Thank you,*
*A. Goodson, RN*

The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited.



B0703600227   BOISSONNEAU,MICHAEL R
DOB: 10/26/59   Age:47Y   MR #:273758
Expected Date/Time of Admit:
911 MOOREHOUSE,JOHN D
Patient Information

**Baptist** HEALTH

# AERAS PHYSICIAN ORDER SHEET

| Date/Time | TEST | | SYMPTOMS | |
|---|---|---|---|---|
| | | **LABORATORY** | | |
| | ☐ 911 Trauma Panel | CBC Comprehensive Metabolic Troponin | Alcohol Urinalysis Pregnancy Test | PT PTT Type & Cross 2 Units – OR – O-Negative Emergency Release |
| | ☐ 922 Trauma Panel | CBC Comprehensive Metabolic Troponin | Alcohol Urinalysis Pregnancy Test | PT PTT Type & Screen |
| | ☐ 933 Trauma Panel | CBC Basic Metabolic Urinalysis | Pregnancy Test | |
| | ☐ ABG | ☐ Acute Asthma ☐ Acidosis ☐ Alkalosis ☐ Burns to Face ☐ Cardiopulmonary Arrest ☐ CHF | ☐ COPD ☐ Dyspnea (unexplained) ☐ Hypoventilation ☐ Morbid Obesity ☐ Multiple Trauma ☐ Noxious Gas Inhalation | ☐ Pleural Effusion ☐ Pneumonia ☐ Pneumothorax ☐ Pulmonary Embolus ☐ Respiratory Distress ☐ Other _____ |
| | ☐ AccuChek | ☐ Decreased LOC ☐ Hx of Diabetes/Hypoglycemia | | ☐ Other |
| | ☐ Amylase ☐ Lipase | ☐ Abdominal Pain ☐ Diabetes ☐ Nausea/Vomiting | ☐ Other | |
| | ☐ BMP Basic Metabolic Panel | ☐ Complications Related to ☐ Pregnancy ☐ Diabetes Complications ☐ Dizziness/Giddiness ☐ Drowsiness | ☐ Edema ☐ Febrile Convulsions ☐ Glomerulonephritis ☐ Hypertensive Disease | ☐ Hypoglycemia ☐ Long-term use of Medications ☐ Seizure (convulsion) ☐ Other _____ |
| | ☐ CMP Comprehensive Metabolic | ☐ Acidosis ☐ Alkalosis ☐ CHF ☐ Coma ☐ Diabetes ☐ Diarrhea | ☐ Dehydration ☐ Dizziness ☐ Drowsiness ☐ Edema/Ascites ☐ Hypertension ☐ Long-term Medication(s) | ☐ Malnutrition ☐ Nausea/vomiting ☐ Pulmonary Edema ☐ Seizure ☐ Other _____ |
| | ☐ BNP | ☐ Congestive Heart Failure ☐ Edema/Lower Extremities | ☐ Pulmonary Edema ☐ SOB | ☐ Other |
| | ☐ CBC | ☐ Abdominal Pain ☐ Abnormal Bleeding ☐ Blood Loss – Hemorrhage ☐ Chills ☐ Epistaxis ☐ Fatigue/Malaise ☐ Flank Pain | ☐ Infection ☐ Hemoptysis ☐ High Risk Medication(s) ☐ Lethargy ☐ Long-term Medications ☐ Lymphadenopathy ☐ Malnutrition | ☐ Pallor ☐ Postural Dizziness ☐ Short of Breath – Apnea ☐ Splenomegaly ☐ Weakness ☐ Weight Loss ☐ Other _____ |
| | ☐ D-Dimer | ☐ Erythema ☐ Lower Extremity Pain | ☐ Swelling ☐ Tenderness | ☐ Other |
| | ☐ Digoxin | ☐ Arrhythmia (A-Fib/A-Flutter/Aberrancy) ☐ Concomitant Use of Interacting Drug ☐ CHF | ☐ Digoxin Toxicity ☐ Anorexia ☐ Nausea ☐ Vomiting ☐ Diarrhea ☐ Abdominal Pain ☐ Headache | ☐ High Risk Patient ☐ Long-term Medication(s) ☐ Other _____ |
| | ☐ Magnesium | ☐ Abnormal Weight Loss ☐ Arrhythmia(s) ☐ Chronic Alcoholism ☐ Coma ☐ Convulsion ☐ Diabetic Acidosis ☐ Diuretic Therapy | ☐ Drowsiness ☐ Drug Abuse ☐ Fatigue/Malaise ☐ Hypocalcemia ☐ Hypokalemia ☐ Long-term Medication(s) ☐ Muscular Paralysis | ☐ Pre-eclampsia ☐ Shock ☐ Syncope ☐ Tetany ☐ Tremor ☐ Other _____ |
| | ☐ PT-INR ☐ PTT | ☐ Acute MI ☐ Acute Pancreatitis ☐ A-Fib/A-Flutter ☐ Anemia | ☐ Epistaxis ☐ GI Bleeding ☐ Hematuria ☐ Hemorrhage | ☐ Long-term Antibiotics ☐ Poisoning by Anticoagulant ☐ Unstable Angina ☐ Vitamin K Deficiency |



ER 16Q

NO. 0099   P. 11

Feb. 6. 2007 10:11AM

Patient Information



**AERAS
PHYSICIAN
ORDER SHEET**

| Date/Time | TEST | SYMPTOMS | | |
|---|---|---|---|---|
| | **LABORATORY** | | | |
| | ❏ Troponin I | ❏ Abnormal Electrocardiogram<br>❏ ACS (Angina, Acute MI)<br>❏ Apnea/SOB/Wheezing | ❏ Arrhythmia/Tachycardia<br>❏ Chest Pain<br>❏ Injury to Thorax, Abdomen, Pelvis | ❏ Respiratory Distress<br>❏ Insufficiency<br>❏ Other _____ |
| | ❏ Urinalysis<br>❏ Clean Catch<br>❏ Cath | ❏ Abdominal Pain<br>❏ Diabetes<br>❏ Dysuria<br>❏ Edema<br>❏ Fever | ❏ Flank Pain<br>❏ Hematuria<br>❏ Hesitancy<br>❏ Hypertension<br>❏ Known Kidney Disease | ❏ Long-term Medications<br>❏ Nocturia<br>❏ Pelvic Pain<br>❏ Trauma to Kidney/Urinary Tract<br>❏ Other _____ |
| | ❏ Foley Catheter | Record Output | | |
| | ❏ Blood Cultures | X's____ | ❏ Fever | ❏ Other |
| | ❏ Hemoccult<br>❏ Gastroccult | Other | | |
| | ❏ GC Chlamydia<br>❏ Wet Prep | ❏ Herpes | Other | Other |
| | ❏ Urine Pregnancy<br>❏ Serum Pregnancy | ❏ Qualitative<br>❏ Quantitative | | |
| | ❏ ETOH Level | ❏ Urine Drug Screen<br>❏ Serum Drug Screen | ❏ Other Drug Level(s) _____ | |
| | ❏ Other Lab Tests | ❏ | ❏ | ❏ |
| | ❏ Type (Rh)<br>❏ Type & Screen<br>❏ Type & Cross | X's____Units | ❏ Other Blood Products _____ | |
| | **RADIOLOGY** | | | |
| | X-ray<br>❏ C-Spine<br>❏ T-Spine<br>❏ L-Spine | ❏ Deformity<br>❏ New Injury<br>❏ Old Injury<br>❏ Pain | ❏ Trauma<br>❏ Other | |
| | X-ray<br>❏ Chest<br>❏ Portable<br>❏ Standing PA/L | ❏ Abnormal Sputum<br>❏ Abnormal Weight Loss<br>❏ Abnormal X-ray<br>❏ Chest Pain<br>❏ Clubbing of Fingers | ❏ Coma<br>❏ Cough<br>❏ Cyanosis<br>❏ Fever<br>❏ Hemoptysis | ❏ Palpitations<br>❏ Respiratory Infection<br>❏ Respiratory Distress<br>❏ Shock<br>❏ Other _____ |
| | X-ray<br>❏ Abdominal Series<br>❏ KUB | ❏ Abdominal Pain<br>❏ Abdominal Rigidity<br>❏ Abdominal Swelling<br>❏ Abdominal Tenderness<br>❏ Aneurysm<br>❏ Ascites | ❏ Blunt/Penetrating Trauma<br>❏ Edema<br>❏ Extravasation of Urine<br>❏ Fever<br>❏ Hepatomegaly/Splenomegaly<br>❏ Injury to Blood Vessels | ❏ Infection, Post Op<br>❏ Internal Injury (Thorax)<br>❏ Abdomen & Pelvis)<br>❏ Liver Disease<br>❏ Renal Colic<br>❏ Other _____ |
| | X-ray<br>Upper Extremity<br>❏ R ❏ L | ❏ Deformity<br>❏ New Injury<br>❏ Old Injury<br>❏ Pain | ❏ Trauma<br>❏ Other | |
| | X-ray<br>Lower Extremity<br>❏ R ❏ L | ❏ Deformity<br>❏ New Injury<br>❏ Old Injury<br>❏ Pain | ❏ Trauma<br>❏ Other | |
| | ❏ VQ Scan | ❏ Chest Pain | ❏ SOB | ❏ Other |
| | ❏ CT Head/Brain<br>❏ Without Contrast<br>❏ With & Without | ❏ Closed Head Injury (Concussion)<br>❏ CVA/TIA<br>❏ Delirium/Dementia<br>❏ Headache (excluding _Migraine) | ❏ Occlusion of Artery<br>❏ Penetrating Trauma<br>❏ Seizure<br>❏ Sinusitis (chronic)<br>❏ Stroke | ❏ Subarachnoid – Intracerebral Hemorrhage<br>❏ Suspected Metastasis<br>❏ Syncope/Collapse<br>❏ Other |


ER 160

**22**



**AERAS**
**PHYSICIAN**
**ORDER SHEET**

Patient Information

| Date/Time | TEST | SYMPTOMS | | |
|---|---|---|---|---|
| | | **RADIOLOGY** | | |
| | CT<br>❑ C-Spine<br>❑ T-Spine<br>❑ L-Spine | ❑ Abnormal gait<br>❑ Abnormal involuntary movement<br>❑ Lack of Coordination<br>❑ Osteomyelitis | ❑ Meningitis<br>❑ Neoplasm<br>❑ Pain<br>❑ Spina bifida<br>❑ Transient paralysis limb | Injuries related to❑ MVC ❑ GSW<br>❑ Stabbing<br>❑ Other |
| | ❑ CT AngioChest<br>❑ With IV Only | ❑ Chest Pain<br>❑ Hemoptysis<br>❑ SOB | ❑ Tachypnea<br>❑ Other | |
| | ❑ CT Pelvis Abdomen<br>❑ Without Contrast<br>❑ Oral Contrast<br>❑ IV Contrast<br>❑ Rectal Contrast<br>❑ Stone Search<br>❑ Appendicitis Protocol<br>❑ Diverticulitis Protocol | ❑ Abdominal Pain<br>❑ Abdominal Rigidity<br>❑ Abdominal Swelling<br>❑ Abdominal Tenderness<br>❑ Aneurysm<br>❑ Ascites<br>❑ Blunt/Penetrating Trauma<br>❑ Edema<br>❑ Extravasation of Urine<br>❑ Fever<br>❑ Hepatomegaly/Splenomegaly | ❑ Injury to Blood Vessels<br>❑ Infection, Post Op<br>❑ Internal Injury<br>  (Thorax, ❑ Abdomen & Pelvis)<br>❑ Liver Disease<br>❑ Renal Colic | ❑ Other _____ |
| | ❑ CT Other | | | |
| | ❑ MRI of | | | |
| | ❑ Ultrasound<br>❑ Complete Abdomen<br>❑ RUQ(GB)_____<br>❑ Pelvic _____<br>❑ Obstetrical _____ | ❑ Abdominal Pain<br>❑ Abdominal Tenderness<br>❑ Abnormal X-ray<br>❑ Ascites<br>❑ Abdominal Swelling<br>❑ Abdominal Mass | ❑ Colic<br>❑ Flank Mass<br>❑ Flank Pain<br>❑ Flank Tenderness<br>❑ Hepatomegaly/Splenomegaly | ❑ Pelvic Pain<br>❑ Pelvic Mass<br>❑ Pelvic Tenderness<br>❑ Spleen Mass<br>❑ Other _____ |
| | ❑ Doppler Series | ❑ Erythema<br>❑ Lower Extremity Pain | ❑ Swelling<br>❑ Tenderness | ❑ Other |
| | | **CARDIOLOGY** | | |
| | ❑ BP Both Arms | | | |
| | ❑ Orthostatic VS | | | |
| | ❑ Cardiac Monitor | | | |
| | ☑ EKG | | | |
| | ❑ Repeat EKG | | | |
| | ❑ ECHO | | | |
| | ❑ Cath Lab | | | |
| | | **RESPIRATORY** | | |
| | ❑ Pulse Oximetry | | | |
| | ❑ Oxygen ___L/min | ❑ Cannula<br>❑ Non-Rebreather Mask | ❑ Non-Simple Mask | |
| | ❑ Nebulizer | ❑ Peak Flow<br>❑ DuoNeb | ❑ Albuterol<br>❑ Atrovent | ❑ Xopenex<br>❑ Other |
| | ❑ Inhaler with space<br>teaching | | | |
| | ❑ C-PAP<br>❑ Bi-PAP | ❑ Vent Settings | | |
| | ❑ Central Line | | | |
| | ❑ Chest Tube | ❑ Right<br>❑ Left | | |



ER 160



B0703500227
BOISSONNEAU, MICHAEL R
DOB: 10/28/59    Age:47Y    MR #:273758
Expected Date/Time of Admit:
911 MOOREHOUSE, JOHN D



**Baptist** HEALTH

# AERAS PHYSICIAN ORDER SHEET

| Date/Time | TEST | SYMPTOMS |
|---|---|---|

### PROCEDURE SET-UPS

| | | | |
|---|---|---|---|
| ☐ Visual Acuity | | | |
| ☐ Eye Box | ☐ Morgan Lens<br>☐ Tetracaine | ☐ Corneal Burr<br>☐ Tononen | ☐ Dacriose<br>☐ Woods Lamp |
| ☐ Nose Tray | ☐ Head Light | | |
| ☐ Dental Box | | | |
| ☐ Ortho Box | | | |
| ☐ Pelvic Exam | | | |
| ☐ Lumbar Puncture | | | |
| ☐ NG-Tube | | | |
| ☐ Splint | | | |
| ☐ Crutch Walking | | | |
| ☐ Suture Set-Up | | | |

### BEHAVIORAL HEALTH

| | | | |
|---|---|---|---|
| ☐ Psychiatric Evaluation/Screening | | | |
| ☐ Restraints | See Restraint Order Sheet | | ☐ 1:1 Seclusion |

### IV FLUIDS

| | | | |
|---|---|---|---|
| ☐ IV Site _ x1 _ x2 | | | |
| ☐ IV Bolus | ☐ _____ X500ml | ☐ _____ 1 Liter | ☐ _____ 2 Liters |
| ☐ IV Fluids | _____ at _____ ml/hr | _____ at _____ ml/hr | _____ at _____ ml/hr |
| ☐ IV Critical Drips | Cardizem | Nitroglycerin | Dopamine |
| | Nipride | Integrilin | Other |

| TIME | MEDICATIONS | TIME | MEDICATIONS |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | ☐ See additional medication order form. | |

| TIME | CONSULTS | | |
|---|---|---|---|

| ☐ Primary Physician<br>Time Notified<br>Time Responded | ☐ On-Call Specialist<br>Time Notified<br>Time Responded | ☐ GMS/FMS/Hospitalist<br>Time Notified<br>Time Responded | ☐ Other<br>Time Notified<br>Time Responded |
|---|---|---|---|

### DISPOSITION

| TIME | DISCHARGE | ADMISSION | TRANSFER | EXPIRED |
|---|---|---|---|---|
| 1628 | ☐ Home | ☐ Regular Room #___ | ☐ Hospital | ☐ Coroner Called |
| | ☐ AMA  signed  unsigned | ☐ Telemetry Room #___ | ☐ Psychiatric/Meadhaven | ☐ Death Certificate Signed |
| | ☐ Elopement | ☐ Observation Room #___ | ☐ Other | |
| | ☐ LBMSE | ☐ Surgery | | |
| | ☐ Work/School Excuse Provided x's ___ Days | | ☐ Workers Comp Papers Initiated | |

| PHYSICIAN SIGNATURE: | EXTENDER SIGNATURE: | |
|---|---|---|
| Certified Medical Emergency    ☐ Yes  ☐ No | | Dictation # |


ER 160

**24**

VITAL SIGNS

Patient Name:  BOISSONNEAU
Patient ID:    999999999
Bed Number:    ED|CP11

Date Printed:  4 Feb 2007
Time Printed:  17:30
Page:          1 of 1

| | | 4-Feb 14:30 | 4-Feb 14:45 | 4-Feb 15:00 | 4-Feb 15:15 | 4-Feb 15:30 | 4-Feb 15:45 | 4-Feb 16:00 | 4-Feb 16:15 | 4-Feb 16:30 | 4-Feb 16:45 | 4-Feb 17:00 | 4-Feb 17:15 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HR | bpm | 88 | 86 | 84 | 80 | 80 | 78 | 80 | 80 | 80 | 80 | 82 | |
| PVC | #/min | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| ST-I | mm | -0.1 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.1 | 0.0 | 0.0 | 0.1 | 0.2 | |
| ST-II | mm | 0.4 | 0.4 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 0.4 | 0.5 | 0.6 | |
| ST-III | mm | 0.4 | 0.4 | 0.4 | 0.4 | 0.4 | 0.3 | 0.3 | 0.3 | 0.4 | 0.4 | 0.3 | |
| ST-V1 | mm | 0.7 | 0.7 | 0.9 | 0.7 | 0.8 | 0.7 | 1.0 | 0.9 | 0.6 | 0.9 | 0.7 | |
| ST-AVR | mm | -0.2 | -0.2 | -0.3 | -0.3 | -0.3 | -0.3 | -0.3 | -0.3 | -0.2 | -0.3 | -0.5 | |
| ST-AVL | mm | -0.3 | -0.2 | -0.2 | -0.2 | -0.2 | -0.2 | -0.1 | -0.2 | -0.2 | -0.2 | -0.1 | |
| ST-AVF | mm | 0.4 | 0.4 | 0.4 | 0.4 | 0.4 | 0.4 | 0.4 | 0.4 | 0.4 | 0.5 | 0.5 | |
| NBP-S | mmHg | 141 | | 136 | | 138 | | 137 | | 140 | | 157 | |
| NBP-D | mmHg | 89 | | 82 | | 87 | | 88 | | 87 | | 101 | |
| NBP-M | mmHg | 104 | | 106 | | 102 | | 104 | | 106 | | 120 | |
| NBP-R | bpm | 88 | | 80 | | 79 | | 78 | | 79 | | 85 | |
| SPO2 | % | 99 | 97 | 98 | 97 | 98 | 99 | 99 | 99 | 98 | 98 | 97 | |
| SPO2-R | bpm | 88 | 86 | 84 | 80 | 80 | 78 | 80 | 80 | 80 | 80 | 84 | |
| RR | breaths/min | 17 | 15 | 17 | 18 | 16 | 16 | 20 | 18 | 17 | 16 | 17 | |

25



**BAPTIST MEDICAL CENTER SOUTH**
2105 East South Boulevard
Montgomery, AL 36116
(334) 288-2100

| | | | | | |
|---|---|---|---|---|---|
| Name: | BOISSONNEAU, MICHAEL R | Account: | B0703500227 | Age: | 47 years |
| MR#: | B000273758 | Admit: | 2/4/07 | SS Number: | 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 |
| Sex: | Male | Room/Bed: | | Admitting Physician: | Moorehouse, John D., |
| M.D. | | | | | |
| DOB: | 10/26/59 | | | Ordering Physician: | Moorehouse, John D., |
| M.D. | | | | | |

## Routine Hematology

| COLLECTION DATE:<br>COLLECTION TIME: | 2/4/07<br>2:30:00 PM | | |
|---|---|---|---|
| | | REF RANGE | UNITS |
| WBC | 8.1 | [4.1-10.3] | X10-3/uL |
| RBC | 4.94 | [4.69-6.13] | X 10-6/uL |
| Hemoglobin | 15.7 | [13.0-17.5] | gm/dl |
| Hematocrit | 45.8 | [40.0-51.0] | % |
| MCV | 93 | [81-100] | FL |
| MCH | 32 H | [27-31] | pg |
| MCHC | 34 | [32-35] | gm/dl |
| Platelet Count | 300 | [140-400] | X10-3/uL |
| RDW | 12.9 | [11.5-14.5] | % |
| NRBC | 0.0 | [0.0-0.0] | /100 WBC |
| NRBC Abs | 0.0 | [0.0-0.0] | X10-3/uL |

## Automated Differential

| COLLECTION DATE:<br>COLLECTION TIME: | 2/4/07<br>2:30:00 PM | | |
|---|---|---|---|
| | | REF RANGE | UNITS |
| Neutro Auto | 62 | [40-75] | % |
| Lymph Auto | 20 | [20-53] | % |
| Mono Auto | 11 | [0-12] | % |
| Eos Auto | 6 | [0-8] | % |
| Basophil Auto | 1 | [0-2] | % |
| Immature Gran Auto | 0.5 H | [<=0.0] | % |
| Neutro Abs | 5.0 | [1.4-6.5] | # |

| | | |
|---|---|---|
| MR#: B000273758 | Room/Bed: - | Account: B0703500227 |
| | Sex: Male | DOB: 10/26/59 |
| Printed: 2/4/2007 2:42 PM | Page 1 of 2 | Name: BOISSONNEAU, |
| **MICHAEL R** | | |



GE Medical Systems
Information Technologies

CIC Version 4.1.1
Sunday, February 04, 2007 8:53:01 PM

OISSONNEAU 999999999    2/4/2007 4:57:28 PM
R 81 PVC 0 ST V1 0.7 mm
202 97% ***RATE 82, RR—11, 15, NBP 140 / 87 (106)16:30

Full Disclosure

EDI CPI

25 mm/s

END OF REPY

Pa



# BAPTIST MEDICAL CENTER SOUTH
2105 East South Boulevard
Montgomery, AL 36116
(334) 288-2100

| | | | |
|---|---|---|---|
| Name: | BOISSONNEAU, MICHAEL R | Account: | B0703500227 |
| MR#: | B000273758 | Admit: | 2/4/07 |
| Sex: | Male | Room/Bed: | |
| M.D. | | | |
| DOB: | 10/26/59 | | |
| M.D. | | | |

Age: 47 years
SS Number: 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
Admitting Physician: Moorehouse, John D.,

Ordering Physician: Moorehouse, John D.,

## Coagulation

| COLLECTION DATE: COLLECTION TIME: | 02/04/07 14:30:00 | | |
|---|---|---|---|
| | | REF RANGE | UNITS |
| PT | 9.4 | [8.9-11.8] | Sec |
| INR | 0.92 | [0.89-1.19] | |
| PTT | 27 | [21-34] | Sec |
| D-Dimer Advanced | 2.88 H | [0.40-2.50] | mg/L |

2/4/07 2:30:00 PM D-Dimer Advanced:
D-Dimer with a result of < 1.0 mg/L
can be used to RULE OUT
the diagnosis of DVT and PE.

MR#: B000273758

Printed: 2/4/2007 2:58 PM
MICHAEL R

Room/Bed: -
Sex:     Male
Page 1 of 1

Account:   B0703500227
DOB:   10/26/59
Name:   BOISSONNEAU,

33

NAME: BOISSONNEAU, MICHAEL R
MR# 273758        EXAM#: DX-07-0014633
DATE: 02/04/2007 AGE: 47 Y
DOB: 10/26/1959 SEX: M
BAPTIST SOUTH
2105 East South Boulevard
Montgomery, Alabama 36116



NAME: BOISSONNEAU, MICHAEL R
DOB: 10/26/1959
LOC: B-Emerge...        RM/BD:
SEX: M                  AGE:  47 Y
METHOD: Portable        PRIORITY: Stat

SPECIAL EQUIPMENT

EXAM: DX Chest Portable

NAME: **BOISSONNEAU, MICHAEL R**
DOB: 10/26/1959
EXAM DATE/TIME: 02/04/2007 14:28
ENTRY DATE: 02/04/2007
ENTERED BY: Dean, Nicole A, UC
REASON/DIAGNOSIS: paresthesia
BUN: 16     02/19/2006
CREATININE: 1.1     02/19/2006
WT:160.40
SPECIAL EQUIPMENT AND INDICATION:

PRIORITY: Stat
MR#: 273758
AGE: 47 Y
SEX: M
ORDERING MD: Moorehouse, John D., M.D.
ATTENDING MD: Moorehouse, John D., M.D.

PREVIOUS EXAM: MR Brain MRI w/ + w/o cont
DATE: 02/21/2006

OTHER EXAMS ORDERED TODAY:

COMMENTS: cp-11

NM AUTHORIZED USER:

DX-07-0014633

NAME: **BOISSONNEAU, MICHAEL R**
MR#: 273758
DOB: 10/26/1959
ORDERING MD: Moorehouse, John D., M.D.
REASON/DIAGNOSIS: paresthesia
EXAM DATE/TIME: 02/04/2007 14:28
PRIORITY: Stat
EXAM: DX Chest Portable
COMMENTS: cp-11

LOC: B-Emergency Dep RM/BD:
AGE: 47 Y            SEX: M



39-07-0014633 10/26/1959



**29**

DOB: 10/26/1959   SEX: M
BAPTIST SOUTH
2105 East South Boulevard
Montgomery, Alabama 36116

NAME: **BOISSONNEAU, MICHAEL R**
DOB: 10/26/1959
EXAM DATE/TIME: 02/04/2007 14:28
ENTRY DATE: 02/04/2007
ENTERED BY: Dean, Nicole A, UC
REASON/DIAGNOSIS: paresthesia

BUN: 16      02/19/2006
CREATININE:1.1      02/19/2006
WT:160.40
SPECIAL EQUIPMENT AND INDICATION:

blunt facial trauma.
black eyes.

COMMENTS: cp-11

PRIORITY: Stat
MR#: 273758
AGE: 47 Y
SEX: M
ORDERING MD: Moorehouse, John D., M.D.
ATTENDING MD: Moorehouse, John D., M.D.

PREVIOUS EXAM: MR Brain MRI w/ +  w/o cont
DATE: 02/21/2006

OTHER EXAMS ORDERED TODAY:

NM AUTHORIZED USER:

CT-07-0005386

NAME: **BOISSONNEAU, MICHAEL R**
MR#: 273758
DOB: 10/26/1959
ORDERING MD: Moorehouse, John D., M.D.
REASON/DIAGNOSIS: paresthesia
EXAM DATE/TIME: 02/04/2007 14:28
PRIORITY: Stat
EXAM: CT Brain w/o contrast
COMMENTS: cp-11

LOC: B-Emergency Dep RM/BD:
AGE: 47 Y          SEX: M

28-07-0005386 10/26/1959

Atrophy – No Acute △
Old Rt Parietal Craniotomy

17¹⁹

**30**

**BAPTIST MEDICAL CENTER SOUTH**
2105 E. South Blvd
Montgomery, AL 36116
(334) 288-2100

Name:  BOISSONNEAU, MICHAEL R

Account: B0703500227

| Lymph Abs | 1.6 | [1.0-4.8] | # |
|---|---|---|---|
| Mono Abs | 0.9 H | [0.1-0.6] | # |
| Eos Abs | 0.5 | [0.0-0.7] | # |

*Hematology*

## Automated Differential

| COLLECTION DATE: | 2/4/07 | | |
|---|---|---|---|
| COLLECTION TIME: | 2:30:00 PM | | |
| | | REF RANGE | UNITS |
| Basophil Abs | 0.0 | [0.0-0.2] | # |
| Immature Gran Abs | 0.0 | | X10-3/µL |
| NRBC | 0.0 | [0.0-0.0] | /100 WBC |
| NRBC Abs | 0.0 | [0.0-0.0] | X10-3/µL |

MR#: B000273758

Printed: 2/4/2007 2:42 PM
**MICHAEL R**

Room/Bed:   -
Sex:    Male
2 of 2

Account:  B0703500227
DOB: 10/26/59
Name:- **BOISSONNEAU,**

N/A
**31**

## BAPTIST MEDICAL CENTER SOUTH
2105 East South Boulevard
Montgomery, AL 36116
(334) 288-2100

Name: BOISSONNEAU, MICHAEL R
MR#: B000273758
Sex: Male
M.D.
DOB: 10/26/59
M.D.

Account: B0703500227
Admit: 2/4/07
Room/Bed:

Age: 47 years
SS Number: 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
Admitting Physician: Moorehouse, John D.,

Ordering Physician: Moorehouse, John D.,

## *Chemistry*

| COLLECTION DATE: | 2/4/07 | | |
| COLLECTION TIME: | 2:30:00 PM | | |
| | | REF RANGE | UNITS |
| Sodium | 140 | [135-145] | mmol |
| Potassium | 4.1 | [3.5-5.0] | mmol |
| Chloride | 102 | [97-112] | mmol |

MR#: B000273758

Printed: 2/4/2007 2:50 PM
MICHAEL R

Room/Bed: -
Sex: Male
Page 1 of 1

Account: B0703500227
DOB: 10/26/59
Name: BOISSONNEAU,



## BAPTIST MEDICAL CENTER SOUTH
2105 East South Boulevard
Montgomery, AL 36116
(334) 288-2100

| Name: | BOISSONNEAU, MICHAEL R | Account: | B0703500227 | Age: | 47 years |
| MR#: | B000273758 | Admit: | 2/4/07 | SS Number: | 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 |
| Sex: | Male | Room/Bed: | | Admitting Physician: | Moorehouse, John D., |
| M.D. | | | | | |
| DOB: | 10/26/59 | | | Ordering Physician: | Moorehouse, John D., |
| M.D. | | | | | |

## Chemistry

| COLLECTION DATE:<br>COLLECTION TIME: | 2/4/07<br>2:30:00 PM | | |
|---|---|---|---|
| | | REF RANGE | UNITS |
| Gluc | 88 | [60-120] | mg/dL |
| BUN | 19 | [7-20] | mg/dL |
| Creat | 1.1 | [0.6-1.4] | mg/dL |
| CO2 | 27 | [22-32] | mmol |
| Calcium | 8.7 | [8.5-10.5] | mg/dL |
| Total Protein | 8.1 | [6.4-8.2] | gm/dl |
| Albumin | 3.5 | [2.8-5.0] | gm/dl |
| Alk Phos | 99 | [50-136] | u/l |
| ALT | 53 | [0-55] | u/l |
| AST | 23 | [8-42] | u/l |
| Bili Total | 0.4 | [0.0-1.0] | mg/dL |

MR#: B000273758                Room/Bed:    -            Account:    B0703500227
                               Sex:    Male             DOB:    10/26/59
Printed: 2/4/2007 2:49 PM      Page 1 of 1              Name:    BOISSONNEAU,
MICHAEL R



**BAPTIST MEDICAL CENTER SOUTH**
2105 East South Boulevard
Montgomery, AL 36116
(334) 288-2100

Name:  BOISSONNEAU, MICHAEL R      Account:  B0703500227                              Age:  47 years
MR#:  B000273758                          Admit:  2/4/07                         SS Number:  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
Sex:  Male                              Room/Bed:                    Admitting Physician:  Moorehouse, John D.,
M.D.
DOB:  10/26/59                                                        Ordering Physician:  Moorehouse, John D.,
M.D.

## Chemistry

| COLLECTION DATE: | 2/4/07 | | |
| COLLECTION TIME: | 2:30:00 PM | | |
| | | REF RANGE | UNITS |
| Magnesium | 2.0 | [1.6-2.4] | mg/dL |

MR#: B000273758

Printed: 2/4/2007 2:49 PM
**MICHAEL, R**

Room/Bed:  -
Sex:  Male
Page 1 of 1

Account:  B0703500227
DOB:  10/26/59
Name:  **BOISSONNEAU,**

BO7O3500227  BOISSONNEAU,MICHAEL R
DOB: 10/26/59  Age:47Y  MR #:273758
Expected Date/Time of Admit:
911 MOOREHOUSE,JOHN D

© 1996 - 2004 T-System, Inc. Circle or check affirmatives, backslash (\) negatives
46          Baptist Health
**EMERGENCY PHYSICIAN RECORD**
**Neuro Symptoms / Deficit**  (5)

1 of 1    1 of 2

DATE:_____ TIME: 1355 ROOM: 11 _____ EMS Arrival
HISTORIAN: (patient) spouse paramedics_____
HX / EXAM UNOBTAINABLE 2° TO:                    Conley Jail

**HPI**

**chief complaint:**  weakness (paresthesia) facial droop
difficulty standing/walking  falling
impaired speech

**started:**    X 5 days          sudden-onset
                                  constant
gone now    better   (continues in ED)  intermittent

**severity:**  mild  (moderate)  severe

**context:**  pt was hit in the head
5 days ago but was evaluated
@ the fight and found to have
**character of deficit(s):**        mult rib fx
new weakness

• RUE RLE LUE LLE  R/L facial  general (diffuse)

altered sensation
• RUE RLE LUE LLE  R/L facial

vision problem_____

impaired speech / swallowing  • difficult  unable

decreased ability to stand / walk
• weak  difficult  off balance  cannot walk  cannot stand

falling_____

Usually-  (walks w/o assistance)  stands for transfers
uses a cane / walker   bed-ridden
walks only w/ assistance   unable to sit up
unable to walk

**associated symptoms:**
altered mental status
• disoriented  confused  agitated  trouble concentrating / thinking
decreased responsiveness  unresponsive

Usually- (alert, oriented x3)     alert but confused
alert but disoriented to time   poor alertness

Similar symptoms previously_____ NO

Recently seen / treated by doctor  yes / seen @
another hospital and told he
had mult rib fx                    35

**PAST HX**    negative
stroke / TIA_____              back injury_____
                                  heart disease_____
high blood pressure_____        diabetes  insulin / oral / diet
seizure disorder_____           lung disease_____
                                  migraine headaches_____
cancer_____                     high cholesterol_____
                                  HIV / AIDS_____
                                  CAD
other problems_____
Mult rib fx 2° to fight in
prison

Surgeries:_____               cholecystectomy_____
CABG_____                     appendectomy_____
pacemaker_____                hysterectomy_____
back surgery_____             tonsillectomy_____
Mechanical aorta valve

Medications  none  (see nurses notes)  Allergies  NKDA
ASA  ibuprofen  acetaminophen        (see nurses notes)

**SOCIAL HX**  recent ETOH  smoker  drug abuse
nursing home resident

**FAMILY HX**  stroke  migraines  DM  HTN  (CAD)

**ROS**
HX / EXAM UNOBTAINABLE 2° TO:_____
NEURO                           CONST
headache  → throbbing           fever_____
                                EYES / ENT
                                trouble w/ vision_____
passed out / seizure_____     sore throat_____
                                GI / GU
head injury  + LOC              nausea_____
                                vomiting_____
dizziness_____                abdominal pain_____
vertigo  lightheadedness        diarrhea_____
                                black / bloody stools_____
PULMONARY                       trouble urinating_____
chest pain_____               SKIN / LYMPH / MS
palpitations_____             skin rash / swelling_____
cough_____                    joint pain_____
sputum_____                   back / neck pain_____
trouble breathing               all systems neg except as marked
chest congestion

HISTORY  RN / PA / NP sign        RN / PA / NP
after reviewing with patient               MD

☑ Nursing Assessment Reviewed    ☐ Vitals Reviewed

## PHYSICAL EXAM

**General Appearance**
- ☐ no acute distress
- ☑ alert

mild / moderate / severe distress _____
lethargic / obtunded
apneic _____
scleral icterus / pale conjunctivae

**HEENT**
- ☑ no apparent trauma
- ☑ ENT inspection nml
- ☑ pharynx nml
- ☑ airway intact

deprsd gag reflex / poor handling of secretion
pharyngeal erythema / exudate
TM erythema / dullness / blood
tenderness / swelling / ecchymosis _____

**NEURO / PSYCH**
**higher functions**
- ☑ alert
- ☑ oriented x3
- ☑ mood / affect nml

abnormal response to commands _____
no response  eyes open  slow  inappropriate

abnormal response to pain _____
withdraws  flexor  extensor  none

aphasic  expressive / receptive _____
disoriented  time / place / person _____

**cranial nerves-**
- ☑ normal as tested
- ☑ EOM's intact
- ☑ PERRL

facial palsy  ( R / L )
forehead:  involved  spared
tongue deviation ( to R / L )
EOM palsy
unequal pupils
R pupil ___ mm  L pupil ___ mm
abnormal funduscopic / papilledema

**cerebellar-**
- ☑ normal as tested

abnormal Romberg / gait / finger-nose test

**peripheral exam-**
- ☑ no motor deficit
- ☑ no sensory deficit
- ☑ reflexes nml

weakness / hemiparesis / hemiplegia / dyspraxia

pronator drift ( RUE / LUE )
altered light-touch / pin-prick / 2-pt discrimin.

Babinski reflex ( R / L )

Reflexes

**NECK**
- ☑ supple
- ☑ non-tender

cerv. lymphadenopathy _____
stiff neck / meningismus _____
carotid bruit _____

**RESPIRATORY**
- ☑ no resp. distress
- ☑ breath sounds nml

resp. distress _____
wheezing _____
rales / rhonchi _____

**CVS**
- ☑ reg. rate, rhythm
- ☑ heart sounds nml

tachycardia / bradycardia / irreg. irreg. rhythm
JVD present
murmur  grade ___ /6  sys / dias _____
gallop ( S3 / S4 )
pulse deficit _____

**GASTROINTESTINAL**
- ☑ non-tender
- ☑ no organomegaly

guarding _____
hepatomegaly / splenomegaly / mass _____

**SKIN**
- ☑ color nml, no rash
- ☑ warm, dry

cyanosis / diaphoresis / pallor _____
skin rash _____

**EXTREMITIES**
- ☑ non-tender
- ☑ normal ROM
- ☑ no pedal edema

pedal edema _____

Neuro Symptoms Deficit-46

**36**

### LABS, EKG & XRAYS:

| CBC | Chemistries | | UA |
|---|---|---|---|
| normal except | normal except | CO2 ___ | normal except |
| WBC ___ | BUN ___ | Ca ___ | WBC ___ |
| Hgb ___ | Creat ___ | Bilirubin ___ | RBC's ___ |
| Hct ___ | Gluc ___ | Magnesium ___ | bacteria ___ |
| Platelets ___ | Alk Phos ___ | BNP ___ | clip: ___ |
| segs ___ | ALT ___ | D-Dimer ___ | |
| bands ___ | AST ___ | CK ___ | |
| lymphs ___ | Na ___ | CKMB ___ | |
| monos ___ | K ___ | Index= ___ | |
| eos ___ | Cl ___ | Troponin ___ | |

**EKG MONITOR STRIP** ___ NSR ___ Rate ___
normal   abnormal
**EKG** ___ NML  ☐ Interp. by me  ☐ Reviewed by me  Rate ___
___ NSR ___ nml intervals ___ nml axis ___ nml QRS ___ nml ST/T

not changed from: _____
**CXR** ☐ Interp. by me  ☐ Reviewed by me  ☐ Discsd w/ radiologist
___ nml/NAD ___ no infiltrates ___ nml heart size ___ nml mediastinum

not changed from: _____
**Head CT** ___ nml
**Pulse Ox** ___ %  on RA / ___ L / ___ % at (time)
___ normal   abnormal

### PROGRESS:

Re-evaluation time ___  unchanged  improved  re-examined
Re-evaluation time ___  unchanged  improved  re-examined
Re-evaluation time ___  unchanged  improved  re-examined

**TREATMENT:** _____
**MEDICAL DECISION:** _____
Rx given _____

Follow up with _____

Relinquished care to Dr. _____  Time: _____

| ___ Discussed with Dr. _____ | **CRIT CARE-** 30-74 min |
|---|---|
| will see patient in:  office / ED / hospital | 75-104 min ___ min |
| ___ Counseled patient / family regarding: | ___ Prior records ordered |
| lab results  diagnosis  need for follow-up | ___ Additional history from: |
| ___ Admit orders written | family  caretaker  paramedics |

### CLINICAL IMPRESSION:

Transient Ischemic Attack            Intracerebral Hemorrhage
CVA (Stroke)                          Subarachnoid Hemorrhage
  hemorrhagic   non-hemorrhagic       Subdural / Epidural Hematoma
Bell's Palsy                          Sepsis / Meningitis / Encephalitis

**DISPOSITION-** ☐ home ☐ admitted ☐ transferred _____
**CONDITION-** ☐ unchanged ☑ improved ☐ stable _____

x_____ MD / DO  x_____ MD / DO
        Resident                    Attending
☐ Hx review, Patient interviewed, Medical Decision Making, and Examined by
Physician.

O ER     
O OP

     Nursing Chart
Long Form   Page 1

Patient Name: _____ *Nort*     Arrival Time: *1310*
Family Doctor: _____ *Brozek*     Triage Time: *1310*

---

Date: _____   Source: O Patient  O Other: _____  Birthdate: _____  Age: ____   O Pediatric (>29 days – 12 years)

Sex: O M O F  LMP: _____  Weight _____ kg (Actual)  Height _____  Immunization status: _____  Last Tetanus: _____

**Allergies:** ☑ NKA  O Latex                    Allergy Reaction: _____
**CHIEF COMPLAINT/Reason for Visit:**
O Return visit Same Day
O Return visit within 72 hours                *Congestion, L side pain, RLt Fx*
O Workers Comp                                  *Nurofren*

### MODE / METHOD OF ACCESS

| Arrival Mode: | Entered by: | Patient Admitted from: | Treatment Prior to Arrival: | | |
|---|---|---|---|---|---|
| O Automobile/Other | ☑ Ambulatory | O Home | O None | O O2 Therapy | O IV |
| O Ambulance / Air | O Wheelchair | O Physician Office | O Ice | O Airway | ☑ Medications |
| ☑ Law enforcement | O Stretcher | O Nursing Home | O Dressing(s) | O Intubation | O CPR |
| O Auto Assist | O Carried | O Hospital | O Splint(s) | O Monitor | O Glucose |
| | O Other | ☑ Other | O C-collar/Backboard | O ACLS Protocol | O Decon |

**VITAL SIGNS TAKEN:** O *SITTING*  O *LYING*  O *STANDING*

| Time | Temp | Route | Pulse | Resp | B/P | Pulse Ox |
|---|---|---|---|---|---|---|
| 1315 | 99 | PO | 93 | 16 | 149/99 | 96½ |

**Orthostatic Vital Signs**

| | >↑0 | ↑ (sitting) | ↑ (standing) |
|---|---|---|---|
| Pulse | | | |
| B/P | | | |

**PAIN SCALE**
Numeric Scale  0=No Pain  10=Worst Pain Imaginable
☑ Pain Intensity Rate: __5__ @ rest: _____
O Face Scale: (Faces Scale/Wong & Baker)/ FLACC



**Level of consciousness:** ☑ A&O x3  O disoriented to: person / place / time / situation
☑ dementia  O decreased LOC  O unconscious/comatose
**Skin:** ☑ Warm & Dry  O Hot  O Cool  O Cold  O Clammy  O Diaphoretic  O Pale
**Safe in home:** ☑ Yes  O No  Intervention: _____
**ADVANCE DIRECTIVES**  O DNR  O LIVING WILL  O NONE  O Information Given
**Past Medical History:** O Denies  O Unable to Assess
Exposure to:  O HIV  O Aids  O SARS  O STD  Symptoms: _____
Vaccinations: O Pneumonia  O Influenza  O Information Provided
Tobacco ____ Pack/day  Alcohol ____ drinks/day  Substance Abuse _____ O Cessation Advised
**Neuro:** CVA  TIA  Migraines  Seizures
**EENT:** Cataract  Glaucoma  HOH  Blind
**Cardiac:** MI  CHF  CABG  HTN  Pacer  Dysrhythmia
**Pulmonary:** Asthma  Bronchitis  COPD  Pneumonia
**GI:** Ulcers  GI Bleed  Constipation  Diverticulitis
**GU:** UTI  Kidney Stone  Prostate  Dialysis  AV Shunt

**GYN:** Pregnant now  Ectopic
**Ortho:** Osteo  Arthritis  Back pain
**Endo:** Thyroid  Diabetes
**Cancer:** _____
**Psychiatric:** Depression  Alzheimer
Autism  Parkinson's  Bi-polar
Schizophrenia  Prior Psych Admit
Hostile on admission

**Onset of pain:** *last week*
**Location of pain:** *R side*
**Quality:** *stabbing*

**Trauma Assessment** O Yes  O No
O Assault    O MVC  Speed _____
O Stab    Impact: Rear / Front / T-Bone
O GSW    O Driver  O Passenger
O Fire    O Front  O Rear
O Fall ____    O Airbag  O Restrained
          O Motorcycle  O Bicycle
          Helmet  O Yes  O No
O Other

---

**CURRENT MEDICATION(S)**   **Meds Disposition:**  O Patient  O Family  O Other
☑ None    O See Medication List (attached)    Nurse 1 _____
O Narcotics   Drug: _____   Count _____   Nurse 2 _____

**TRIAGE INTERVENTION(s):** O Ice/Elevation  O Dressing/Splint  O Glucose ____  O EKG  O C-Collar  O Respiratory Precautions

| Triage Category: | Triage disposition time ____ TO O Waiting Room Time ____ | Triage Nurse Signature:  ID # |
|---|---|---|
| ① ② ③ ④ ⑤ | Time *1310*  O ER Bed ____  O FT Bed ____  O Hallway Bed ____  37 | *C Mom Rogr 2092b* |



B07O3500227    BOISSONNEAU,MICHAEL R
DOB: 10/26/59   Age: 47Y   MR #: 273758
Admit Date/Time: 02/04/07         1323P
911 MOOREHOUSE,JOHN D



**Baptist** HEALTH

**Nursing Chart Long Form** Page 3

Patient Name: _____

---

| IV Push is medications given in < 16 minutes | MEDICATIONS | *(Put medications in the same syringe on one line)* |

| Time | IV Push | IM | SC | PO | Other | Repeat Med | Medication | Dose | Site | Initials | Time | Pain Scale Other | Initials |
|------|---------|----|----|----|-------|------------|------------|------|------|----------|------|------------------|----------|
| | O | O | O | O | O | O | | | | | | | |
| | O | O | O | O | O | O | | | | | | | |
| | O | O | O | O | O | O | | | | | | | |
| | O | O | O | O | O | O | | | | | | | |
| | O | O | O | O | O | O | | | | | | | |
| | O | O | O | O | O | O | | | | | | | |
| | O | O | O | O | O | O | | | | | | | |
| | O | O | O | O | O | O | | | | | | | |

Response to Medication

O TD Adult   O DT Pedi   O Tetanus Toxoid   O Rabies   O Rabies IG   O Other   O VAR Completed

Thrombolytics:  O Cardiac   O Stroke   O Vasopressors   O Intraosseous Infusion   O No response to med required

---

**PARENTERAL THERAPY - IV FLUIDS**    O IV Pump   O Warmed solution   O Buritrol

| Site | Per Hr IV | KVO | Lock | Start TIME | Stop TIME | Hydration | Medication | Solution/Additive Medication | Rate / Bolus | Repeat Med | Initials |
|------|-----------|-----|------|------------|-----------|-----------|------------|------------------------------|--------------|------------|----------|
| | O | O | O | | | O | O | | | O | |
| 1 | Site _PIC_ | | | | | O | O | | | O | |
| Time | Gauge _18_ | | | | | O | O | | | O | |
| 1346 | Attempts x _1_ | | | | | O | O | | | O | |
| | Mom - psw | | | | | O | O | | | O | |
| | Per Hr IV | KVO | Lock | | | | | | | | |
| 2 | O | O | O | | | O | O | | | O | |
| Time | Site _____ | | | | | O | O | | | O | |
| | Gauge _____ x | | | | | O | O | | | O | |
| | Per Hr IV | KVO | Lock | | | | | | | | |
| 3 | O | O | O | | | O | O | | | O | |
| Time | Site _____ | | | | | O | O | | | O | |
| | Gauge _____ x | | | | | O | O | | | O | |

---

| INTAKE | Amount | OUTPUT | Amount | Response to IV therapy |
|--------|--------|--------|--------|------------------------|
| Oral | | Urine | | O Tolerated well, no adverse reaction noted |
| IV | | Gastric | | |
| Other | | Other | | |
| TOTAL | | TOTAL | | |

**Blood Transfusion**
O Routine   O Emergent
Total # of units _____

**IV Site at disposition**
Time: _1735_   ☑ Patent   ☑ Discontinued
O No redness   ☑ No swelling   ☑ catheter intact

---

**Vital Signs**    O Continuous NIBP (strips attached)

**Titrated Medications**   O See flow sheet

| Time | Temp | Pulse | Resp | B/P | Pulse Ox | Glucose Checks | Pain Scale | Time | Med #1 | Med #2 | Med #3 | Initials |
|------|------|-------|------|-----|----------|----------------|------------|------|--------|--------|--------|----------|
| 1570 | 98 | 94 | 18 | 138/91 | 99% | | | | | | | |

38

Nursing Chart Long Form Page 4

## PROCEDURES / TREATMENT CARE

### EYE
- O Eye Exam – **NO FB found**
- O FB Eye Exam/Slit lamp
- O FB Eye Exam/No Slit lamp
- O Eye irrigation  R  L  Both
- **Amount** _____

### NOSE/EAR
- O Nasal Cautery
- O Nasal packing-anterior
- O Nasal packing-posterior
- O Nasal packing-balloon
- O Ear irrigation (ear wax) R L

Patient Label

- O Procedure *"Time Out"* by: _____

### CARDIOLOGY
- O Cardiac monitor
- O EKG – by ED staff
- O Repeat EKG by ED staff
- ⊙ Pulse Ox-continuous
- O Central line  O < 5yr  O ≥ 5yr
- O External pacer
- O Temporary internal pacer
- O Cardioversion (electric)
- O Pericardiocentesis
- O Declot vascular device
- O PICC line  O < 5yr  O ≥ 5yr
- O Arterial Blood Gas
- O Blood / Needle exposure

### GI / GU
- O Straight/quick cath for UA
- O Foley catheter  Size_____
- O Bladder irrigation
- O Foley removed
- O Rectal exam   O Anoscopy
- O Rectal disimpaction
- O Enema   O Repeat x ____
- O NG w/ suction _____
- O NG w/ Lavage _____
- O G-tube replace  O Reposition
- O Pelvic Exam
- O Sexual Assault Exam
- O Incontinence Care

### RADIOLOGY
- ⊘ X-Ray preparation
- ⊘ CT  US  MRI  IVP
- O IV contrast  O Oral contrast
- O Monitor in radiology / CT

### LAB
- ⊘ Venipuncture (ED Staff)
- ⊘ Lab Test (any)
- O Specimen collection(not blood)
- O Point of care test
- O Urine Dip   O Rapid Strep
- O Central line blood draw
- O Hemocult   + −
- O Genital cultures

### SPECIAL PROCEDURES
- O Isolation  (Medical)
- O Lumbar puncture
- O Epidural blood patch
- O Procedural sedation IV/IM
- O Paracentesis / Dx lavage
- O Hypothermia care
- O Hyperthermia care

### BEHAVIORAL MANAGEMENT
- O Psychiatric evaluation
- O Restraints
- O Seclusion or 1:1 obs
- O Involuntary commitment
- O Psychiatric code called

### PULMONARY
- O Airway: Oral Nasal   O Oxygen  Mask Cannula ___ Liters/min   O End-tidal CO2  + −
- O Intubation Tube: _____   O Cricothyroidotomy   O Thoracentesis (Needle)
- O PTA O ED  O Anesthesia   O Tracheostomy   O Chest tube insertion
- O Rapid sequence induction   O Trach Care   Tube size: ___ R / L  O Bilateral
- O Ventilation assist Bi-Pap C-Pap   O Suction Oral/Nasal/Trach   O Nebulizer(s) X ___

- O CPR
- O **CODE**  Time: _____
- Medical  Pediatric  Trauma
- O **Code Sheet Completed**
- Trauma team  O 1  O 2  O 3

## DISPOSITION / OUTCOME

**PATIENT PROPERTY:**  O Sent home   O Secured / hospital safe   O Patient retains/accepts responsibility   O Sent with patient
O Dentures  O Glasses  O Hearing device  O Clothing  O Cane  O Crutches  O Walker  O Valuables  O Other: _____

- ⊘ **Discharged**  Time 1740
  - O Nursing Home
  - O AMA / Elopement
  - O LBMSE / LBT
- O **Admitted**  Time____ Room____
  - O Regular Room
  - O Telemetry    O ICU / CCU
  - O Surgery     O Cath Lab
  - O Psychiatric  O Observation
- O **Transferred**  Time: ___
  - O Hospital
  - O Psychiatric

  O **Extended Stay** (>4 hours)
- O **Expired**  Time: ___
  - O Coroner called
  - O Released to Funeral Home
  - O Organ donation addressed

  Notes:

## TEACHING / DISCHARGE CARE    CORE MEASURES:  O AMI   O Pneumonia   O Heart Failure   O Stroke

Smoking cessation advised  O <3 min  O ≥3 min
- O Discharge Instruction sheet provided
- O Verbal understanding of discharge / RX
- O Meds dispensed by physician
- O Extended patient education

Instruction(s) given to:
- O Patient
- O Parent / Family
- O Friend
- O Other

Discharge Mode:
- O Ambulatory  O Carried
- O Ambulance  O Crutches
- O Wheelchair  O Stretcher

Accompanied by:
- O Self /Parent
- O Spouse   O Friend
- O Police   O Family
- O Other

O Work/School Excuse (see copy)    O Workers Comp Papers Initiated (see copy)    O ED Boarder  Time:

### TRIAGE OUT VITAL SIGNS

| Time | Temp | Pulse | Resp | B/P | Pulse OX | Pain Scale | FHT |
|------|------|-------|------|-----|----------|-----------|-----|
| 1730 | 99 | 98 | 18 | 142/96 | 97% | | |

**Triage Out Note:** D/C out c security guard, NAD

**Condition:** O improved  O unchanged  O _____

Signature and Employee ID _____  Initials ____

Signature and Employee ID _____  39  Initials ____

Admit Report called to: _____  Time: _____

Discharge Nurse  and Employee ID  P. Mannion, RN 20926  Initials  cu

Nursing Chart Long Form Page 2

**Airway and C-spine**
- ☑ WNL
- ○ Abnormal

○ Clear    ○ Obstructed
○ Intubated size _____ cm @ lip _____
○ C-spine secured by ED staff

Patient Label

**Breath Sounds**
- ○ WNL / Clear
- ☑ Abnormal

| | Rales | Rhonchi | Wheezes | Diminished | Absent |
|---|---|---|---|---|---|
| R | ☑ | ○ | ○ | ○ | ○ |
| L | ☑ | ○ | ○ | ○ | ○ |

**Respiratory**
- ○ WNL
- ☑ Abnormal

○ Labored    ○ Apneic    ○ Expiratory Grunting
☑ Rapid    ○ Retractions    ○ Cough - Productive
○ Shallow    ○ Stridor    ○ Cough - Non-productive
○ Nasal Flaring    ○ Tracheal deviation    ○ Sputum: color ____

○ Home Oxygen _____ L/min

**Cardiovascular**
- ☑ WNL
- ○ Abnormal

○ Thready/weak    ○ Chest Pain/Tightness    ○ Irregular
○ Diaphoresis    ○ Dizziness    ○ Cyanosis
○ Arrhythmia_____    ○ Edema    ○ Pulses X 4

Notes: Monitor Rhythm

○ See Strips    ○ ICD

**Neurological**
- ☑ WNL
- ○ Not Assessed
- ○ Playful
- ○ Interactive with environment

○ LOC    ○ Combative    ○ Lethargic
○ Headache    ○ Syncope    ○ Tremors
○ Disoriented    ○ Seizures    ○ Vertigo/Dizzy
○ Speech difficulty / slurred    ○ Confusion    ○ Unresponsive
○ Responds to Voice only    ○ Responds to Pain only    ○ Follows
○ Change in mental status    ○ Moves all extremities    commands

Notes:
○ Seizure precautions
○ Neuro vital signs (see NN)
○ Glasgow Coma Scale ____
○ CVA Protocol (NIH Stroke Scale)

**GI**
- ☑ WNL
- ○ Not Assessed

○ N / V / D    ○ Cramping    ○ Constipation    ○ Rigid Abd
vomiting x ____    ○ Pain    ○ Distention    ○ Tender Abd
○ BS + -    ○ Bleeding    ○ Weight Loss / Gain    ○ Last BM____

○ Nutritional risk    Yes No
○ Dentures    Upper    Lower
○ Meal Given

**GU / GYN**
- ☑ WNL
- ○ Not Assessed

○ Pregnant    ○ Pain    ○ Freq/urgency    ○ Amenorrhea
G___ P___ A___    ○ Distention    ○ Incontinent    ○ Dysmenorrhea
EDC ____    ○ Hematuria    ○ Flank pain L R    ○ Vaginal Bleeding
○ FHTs ____    ○ Burning    ○ Blood at Meatus    ○ Discharge

Notes:
○ Ostomy _____
○ Foley  size _____
Urine description:

**Musculo-skeletal**
- ☑ Pain (Lt side)
- ○ WNL
- ○ Not Assessed

☑ Pain (Lt side)    ○ Unable to Assess Gait    ○ Splinting
○ Swelling    ○ Unsteady gait    ○ Weakness
○ Deformity    ○ Assist Device    ○ History of falls

Notes:  R  L  Handed
Gait Device:  Cane  Walker
Crutches  W/C  Prosthesis

**Integumentary**
- ☑ Intact
- ○ Not Assessed

○ Bruises    ○ Wound    ○ Pale    ○ Cyanotic    ○ Jaundice
○ Rash    ○ Laceration    ○ Fistula - Location _____
○ Abrasions    ○ Lesions    ○ Bruit + -    ○ Thrill + -

Notes:
○ Exposure to Chemicals
○ Burns

**EENT:**
- ☑ WNL
- ○ Not Assessed

○ Eye  R L  Both  Pupil size R __ mm L __ mm  Hearing Aid:  R L B
○ Ear  R L  Both    ○ Drainage    ○ Itching    ○ Pain
○ Nose    ○ Throat    ○ Dental    ○ Congestion    ○ Redness

○ Visual Acuity
R 20/___  L 20/___  B 20/___
Glasses  Contacts

**Psychiatric:**
- ☑ WNL
- ○ Not Assessed

○ Memory changes    ○ Delusions    ○ Calm    ○ Suicidal ideations
○ Depression    ○ Insomnia    ○ Hostile    ○ Homicidal ideations
○ Anxiety    ○ Hallucinations    ○ Agitated    Plan?  Yes  No

Notes:
○ Environment secured
○ Restraints Present

**Suspected:** ☑ None
- ○ Child/Elder Abuse
- ○ Sexual Assault
- ○ Domestic Violence
- ○ Victim of Violent Crime

**Referrals/Reporting:**
- ○ Social Service
- ○ Behavioral Health
- ○ Police / Security
- ○ CPS / APS / DHHR
- ○ Animal Bite
- ○ Poison Control
- ○ SART / SANE

**Communication Deficit:**
- ☑ No deficit
- ○ Language barrier
- ○ Hearing Impaired
- ○ Uses Sign Language
- ○ Visually Impaired
- ○ Altered Mental Status
- ○ Translator _____
Dominant Language: _____

**Developmental Milestones**
☑ Achieved    ○ Delayed

**Barriers to learning:** ○ None
- ○ Physical limits _____
- ○ Emotional _____
- ○ Cultural _____
- ○ Religious/Spiritual _____
- ○ Suspected low literacy skills
- ○ Developmental disability

**Safety measures addressed**
☑ Side rails Up    ○ ID Bracelet On
○ Risk of falls    ○ Falls Bracelet

**Support System:**
- ○ Lives Alone
- ○ Family/Significant Other
- ○ Minor w / Parent
- ○ Minor w/o Parent
- ○ Nursing Home
- ○ Assisted Living Home
- ☑ Other  County Jail

Marital Status:  ☑ S  M  W  D

**Nurse Signature** (Nurse completing assessment)    ID#    Time
C Morris RN    20926    1320



B07035O0227    BOISSONNEAU, MICHAEL R
DOB: 10/26/59    Age:47Y    MR #:273758
Expected Date/Time of Admit:
911 MOOREHOUSE, JOHN D

Patient Information

**EMERGENCY
DEPARTMENT
NURSING NOTES**

Baptist HEALTH

| DATE | TIME | NOTES |
|------|------|-------|
| 2/4/07 | 1310 | pt in c/o numbness & pain to (R) side for possible fx, congestion, & other complaint noted /—— aw —— |
|  | 1355 | DR Moorehouse @ bedside, orders received /—— aw —— |
|  | 1610 | Updated on situation & plan of care, NAD /—— aw —— |
|  | 1635 | pt unable to urinate, will place in / out cath for lab specimen drawn /—— aw —— |
|  | 1730 | Instructed by DR Moorehouse to D/C, pt c F/U instruction /—— aw |
|  |  |  |

| Initial | Signature |
|---------|-----------|
| aw | C Moorin Reg RN |
|  |  |
|  |  |
|  |  |

**41**

FORM # ER 16009  REV. 03/20/05





B0703500227    BOISSONNEAU,MICHAEL R.
DOB: 10/26/59    Age:47Y    MR #:273758
Expected Date/Time of Admit:
911 MOORHOUSE,JOHN D

DIS          ...ONS - MEDICAL CHART



**Baptist** HEALTH

**ER PRESCRIPTION &
DISCHARGE INSTRUCTIONS**
Page 3 of 3

| Weight | Phone | Allergies | | Location SOUTH |
|--------|-------|-----------|--|----------|

## MEDICINES PRESCRIBED   If non, check this box: ☐   VOID IF NOT PRINTED WITH CRANBERRY BACKGROUND:

| Name/Strength: | | Number | Schedule / Duration | No Refills | Refills |
|----------------|--|--------|---------------------|-----------|---------|
| 1. | | | | ☐ | |
| 2. | | | | ☐ | |
| 3. | | | | ☐ | |
| 4. | | | | | |
| 5. | | | | | |

**INSTRUCTIONS SHEET(S) GIVEN**

☐ Asthma          ☐ Crutches       ☐ Head Injury        ☐ Threatened Ab
☐ Back Pain       ☐ Fever          ☐ Otitis Media       ☐ Vomiting / Diarrhea
☐ Cast/ Splint Care ☐ Fracture     ☐ Sprains / Bruises  ☐ Wound Care
                                    ☐ ST                 ☐ Other(s)

Return for signs of infection
Increased Redness
Increased Swelling
Increased Drainage
Increased Heat

Additional Instructions:

Referred to:
☐ Dr.
Phone:
☐ Call on next business day for follow-up appointment
   in ____ days / weeks        ☐ Next available

☐ Return to Emergency Dept in ____ hours / days for recheck.
☐ If no improvement or your condition worsens, call your private
   physician or return to the Emergency Department for a recheck.
☐ Learning needs assessed  ☐ Instructions Modified ____
☐ Education provided on new Medication

I understand that the treatment I have received was rendered on an emergency basis and is not meant to replace complete care from a primary care provider or clinic. Furthermore, I many have been released before all of my medical problems were apparent, diagnosed, and/or treated. If my condition worsens, I have been instructed to call my primary care provider or return to this facility or the nearest emergency center. I understand that I should NOT drive or perform hazardous tasks if my medication or treatment causes drowsiness. I have read and understand the above, received a copy of this form and applicable instruction sheets, and I will arrange for follow-up care. If diagnostic tests indicate a need for modification in therapy, you will be notified at the phone number you provided.

X _____  ☐ Patient ☐ Relative ☐ Other   Time Released:  >  ☐☐☐☐ Hrs

INSTRUCTED BY:                                    PHYSICIAN:

## WORK/SCHOOL STATEMENT from the Emergency Department

| PATIENT | DATE |
|---------|------|

☐ Patient was seen by Dr. ____
☐ No athletics / physical education: ____ days
☐ May return to work/school without restrictions
☐ Will require time off work / school. Estimated time: ____ days*
☐ Must be reevaluated by family / occupational physician before
   returning to school / work.

☐ May return to restricted duties for ____ days*
   Restrictions: ____
☐ ____ was here with relative/child.
☐ Other ____

Time off from school or work longer than three days should be approved by a Personal or Company/Occupational Medicine Physician, unless otherwise stated.

**42**



FORM # ER 16008  REV. 10/10/06




**Baptist Health**

# CONDITIONS OF
# ADMISSION AND CONSENT
# FOR MEDICAL SERVICES

0703500227    BOISSONNEAU,MICHAEL R

**CONSENT FOR MEDICAL SERVICES:** I present myself for medical services at Baptist Medical South, Baptist Medical East or Prattville Baptist Hospital, hereinafter "Baptist Health". I consent to such care as my physician orders an all other persons caring for me deem necessary and beneficial. I understand that this care may include examinations, tests, medical and/or surgical treatment. I also understand that such treatment may involve risks and that no guarantees have been made to me about the outcome of this care. I understand that the physicians on the staff are independent contractors, and not employees or agents of Baptist Health. I understand that I have the right, in collaboration with my physician(s), to make decisions involving my health care and to accept care or to refuse treatment to the extent permitted by law and to be informed of the medical consequences of such refusal.

**PERSONAL VALUABLES:** I have been asked/advised to either deposit with the business office or otherwise send home all valuables, including but not limited to money, jewelry, rings and watches. I understand that should I choose to retain some with me, that Baptist Health cannot be responsible for them and I hereby release Baptist Health from any responsibility for the loss of my retained valuables.

**ASSIGNMENT OF BENEFITS AND FINANCIAL RESPONSIBILITY:** I hereby authorize payment of all insurance benefits, basic and major medical, for this period of medical, emergency and/or diagnostic treatments to be made directly to the Baptist Health hospital rendering care, and to all entities contracted with Baptist Health to perform services. I understand that I am financially responsible for all charges not covered by insurance payments, and that all efforts for collection of those benefits are for my convenience and do not represent a guarantee for collection or a credit to my account until such time as payment is received by Baptist Health and the contracted entities. I also assign the benefits payable for physicians' services rendered to me to the physicians or physician group to submit a claim to my insurance company(ies), Medicare and/or Medicaid. I will be responsible for any collection fees, court cost and/or attorney fees incurred while collecting on my account(s). For the purposes of acknowledging this assignment, a copy of this original consent shall be as valid as the original.

**IMPORTANT MESSAGE ABOUT MEDICARE INPATIENT RIGHTS - ACKNOWLEDGEMENT OF RECEIPT:**
I have received a copy of CMS's Important Message About Inpatient Medicare Rights.

**NOTICE OF PRIVACY PRACTICES - ACKNOWLEDGEMENT OF RECEIPT:**
I have received a copy of Baptist's Notice of Privacy Practices.

**CONSENT FOR PRESENCE OF STUDENTS/MEDICAL REPS:**
I hereby consent to the presence of students and/or medical sales representatives, in appropriate circumstances, for the purpose of advancing medical education/techniques.

**PATIENT INFORMATION DISCLOSURE:**

1. YES, I opt out of the hospital directory                    NO, I want to be in the hospital directory

2. While hospitalized, my medical/health information may be released to only (circle all that apply):

spouse                              other relative(s)                     personal representative

members of immediate family        close personal friends                none

Witness: _____    Patient or Responsible Party _____

Date: _____       Legal Guardian/Proxy: _____

Reason patient signature was not obtained: _____

**43**



DATE: _1/25/07_
YOUR DIAGNOSIS / CARE NOTES
1. _LACERATION (FACE)_
2. _FRACTURE RIB (LEFT)_
3. _BRAIN CT_

Treatment Rendered:
☑X-Ray  ☐EKG  ☑Medication  ☐Tetanus
☐Sutured  ☐Lab Test  ☑Exam  ☐Hypertet

☐ You were given a medication which may make you sleepy or less alert. You should not drive, operate heavy machinery or drink alcohol for 24 hours.

☐ **NO DRIVING TODAY**

☐ You were given a prescription for an antibiotic. Continue to take the medicine until gone unless otherwise instructed, **even if symptoms disappear.**

☐ If your pain is not adequately relieved or you are having persistent nausea or vomiting or excessive drowsiness please call your physician or return to the Emergency Department.

**IMPORTANT NOTICE: Your x-ray has been read and reviewed. Final review by the radiologist is pending. Follow up with your primary care doctor for final interpretation.**

Specific Instructions:

_RX AS ORDERED_
_for PAIN_

_Discharge Physician_

---

Follow-up with
☑ Your Doctor _in 5 DAYS_
☐ Return to Jackson ED on _for Removal_

We Are Referring You To:
Dr. _____ Call _____
for an appointment on _____

If you become worse or do not get better in 1 - 2 days see the doctor treating you or return to the emergency department.

Instructions Received By: _Michael Boissonneau_

relationship to patient _Self_
☐ Voiced understanding of instructions

Patient Left:  _C Sherriff_
☑ Ambulatory  ☐ Crutches  ☐ Stretcher
☐ Wheelchair  ☐ With Driver  ☐ Carried
_____ **RN**
_Discharge Nurse_

Certificate for Return to Work or School

BOISSONNEAU, MICHAEL R
32-97-47 0703000337 10/26/59 47Y M
EMR -      S      EMR
ADEDIJI, OLUYINKA S        01/30/07

☐ NA

Has been under my care on ___/___/___ and is able to return to work/school on ___/___/___. The patient's work limitations are: _____

_Discharge Physician_

Jackson Hospital
Emergency Department

---

Patient Name & Address
BOISSONNEAU, MICHAEL R
32-97-47 0703000337 10/26/59 47Y M
EMR -      S      EMR
ADEDIJI, OLUYINKA S        01/30/07

ALLERGIES

Check Box if ☐ **NKDA**

**ED Discharge Form**

(jh) JACKSON HOSPITAL
1725 Pine St | Montgomery AL 36106-1117 | 334-293-8000

check this box ☐      **VOID IF NOT PRINTED WITH CRANBERRY BACKGROUND**

| Name/Strength | Number | Schedule/Duration | No Refills | Refi |
|---|---|---|---|---|
| 1. _DARVOCET N-100_ | #18 _(eighteen)_ | T p q 6° PRN | ☐ | |
| 2. | | | ☐ | |
| 3. | | | ☐ | |
| 4. | | Dr _Oluyinka Adediji_ | | |

Print Name and DEA#

44

Dispense as written - Signature        Substitution allowed - Signature

**ED Discharge Form**        Top - Patient      Bottom - Chart      2-5327-2, 12/05

%

BOISSONNEAU, MICHAEL R
B0703500227    Age:47Y    MR #:273758
DOB: 10/26/59
Expected Date/Time of Admit:
911 MOOREHOUSE, JOHN D

**aptist**
HEALTH

# ER PRESCRIPTION & DISCHARGE INSTRUCTIONS
Page 1 of 3

## PRESCRIPTION FORM

| Weight | Phone | Allergies | | Location SOUTH |
|---|---|---|---|---|

☐ SOUTH    286-2843
☐ EAST    244-8448
☐ PRATTVILLE    361-4239

| MEDICINES PRESCRIBED | If non: check this box: ☐ | **VOID IF NOT PRINTED WITH CRANBERRY BACKGROUND.** |
|---|---|---|

| Name/Strength: | Number | Schedule / Duration | No Refils | Refills |
|---|---|---|---|---|
| 1. | | | ☐ | |
| 2. | | | ☐ | |
| 3. | | | ☐ | |
| 4. | | | ☐ | |
| 5. | | | ☐ | |

**Dante DeJesus, M.D**
DEA - BD 9322063
AL 26277

**David G. Alexander, D.O**
DO - 657
AA3258228

**Victoria L. Beckman, M.D**
DEA - BB6253895
AL- 22240

**Joel Sullivan, M.D**
DEA - AS2029066
ARN - 10094

**John Moorehouse, M.D**
DEA - AM6869119
ARN - 7351

**Carlos Gutierrez, M.D**
DEA - BG6516203
AL 24653

**Ronald A. Shaw, M.D**
DEA - AS5646813
AL - 6388

**Jessie Austin, M.D**
DEA - AA8394076
ARN - 8595

**Joshua Kotouc, M.D**
DEA - BK9526724
AL 21045

**Julio Enrico Rios, M.D**
DEA - BR2471926
ARN - 21674

**Julian Mahaganasan, M.D**
DEA BM7656121
AL 24516

**James Matic, M.D**
DEA BM3360536
AL 17881

**Wallace Falero, M.D**
DEA - AF6692113
AL 9405

**George Smith, M.D**
DEA AS2179706
AL 11413

**David Hines, M.D**
DEA BH2531160
AL 22703

**James M. Bradwell, M.D**
DEA BB6422086
AL - 22767

**Joseph Lester, M.D**
DEA BL9804421
AL 27442

**Kevin Crandell, M.D**
DEA FC0006791
AL 24936

**Joseph A. Foster, M.D**
DEA BF3547780
AL 17881

**LABEL ALL PRESCRIPTIONS**
No Refills    Product Selection Permitted    M.D./D.O.    Dispense as Written    M.D./D.O.

45

B0703500227          BOISSONNEAU,MI     L    R
DOB: 10/26/59          Age:47Y   MR #:273758
Expected Date/Time of Admit:
911 MOOREHOUSE,JOHN D



**Baptist** HEALTH

# ER PRESCRIPTION & DISCHARGE INSTRUCTIONS
Page 2 of 3

## DISCHARGE INSTRUCTIONS - PATIENT COPY

| Weight | Phone | Allergies | | Location SOUTH |
|---|---|---|---|---|

| MEDICINES PRESCRIBED | If non, check this box: ☐ | VOID IF NOT PRINTED WITH CRANBERRY BACKGROUND |
|---|---|---|

| Name/Strength; | Number | Schedule / Duration | No Refills | Refills |
|---|---|---|---|---|
| 1. | | | ☐ | |
| 2. | | | ☐ | |
| 3. | | | ☐ | |
| 4. | | | ☐ | |
| 5. | | | ☐ | |

**INSTRUCTIONS SHEET(S) GIVEN**

☐ Asthma          ☐ Crutches        ☐ Head Injury       ☐ Threatened Ab      Return for signs of infection
☐ Back Pain       ☐ Fever           ☐ Otitis Media      ☐ Vomiting / Diarrhea    Increased Redness
☐ Cast/ Splint Care  ☐ Fracture     ☐ Sprains / Bruises ☐ Wound Care          Increased Swelling
                                     ☐                    ☐ Other(s)            Increased Drainage
                                                                                Increased Heat

Additional Instructions:

Referred to:
☐ Dr.
  Phone:
☐ Call on next business day for follow-up appointment
  in _____ days / weeks    ☐ Next available

☐ Return to Emergency Dept in _____ hours / days for recheck.
☐ If no improvement or your condition worsens, call your private
  physician or return to the Emergency Department for a recheck.
☐ Learning needs assessed   ☐ Instructions Modified_____
☐ Education provided on new Medication_____

I understand that the treatment I have received was rendered on an emergency basis and is not meant to replace complete care from a primary care provider or clinic. Furthermore, I many have been released before all of my medical problems were apparent, diagnosed, and/or treated. If my condition worsens, I have been instructed to call my primary care provider or return to this facility or the nearest emergency center. I understand that I should NOT drive or perform hazardous tasks if my medication or treatment causes drowsiness. I have read and understand the above, received a copy of this form and applicable instruction sheets, and I will arrange for follow-up care. If diagnostic tests indicate a need for modification in therapy, you will be notified at the phone number.

X _____          ☐ Patient                        Time _____
                          ☐ Relative
                          ☐ Mother
INSTRUCTED BY:                                  PHYSICIAN:

**WORK/SCHOOL STATEMENT from the Emergency Department**
**PATIENT**

☐ Patient was seen by Dr._____
☐ No athletics / physical education: _____ days
☐ May return to work/school without restrictions
☐ Will require time off work / school.  Estimated time: _____ days*
☐ Must be reevaluated by family / occupational physician before
  returning to school / work.

☐ May r_____
  Restr_____

☐ Othe_____

Time off from school or work longer than three days should be approved by a Personal or Company/Occupational Medicine Physician, unless otherwise stated.

**46**

ER 160

MONTGOMERY COUNTY JAIL
BOISSONEAU, MICHAEL
REPORT DATE : 09/07

# MEDICATION ADMINISTRATION RECORD

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WARFARIN SODIUM 5 MG TABL (COUMADIN, 5 MG TABLE) TAKE 1 TABLET IN THE MORNING | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

CHARTING FOR: 09/01/07   THROUGH   09/30/07   PAGE   1 OF 1

| | |
|---|---|
| Physician | BATES, JOHNNY |
| Alt-Physician | |
| Allergies | CODEINE |
| Diagnosis | |

Telephone No.
Alt. Telephone
Rehabilitative Potential

**48**          **47**

| Medicaid Number | Medicare Number | Approved By Doctor: By: *Dr Bates*   Title: | 8/26/07 |
|---|---|---|---|
| RESIDENT | BOISSONEAU, MICHAEL | D.O.B. 10/26/1959   Sex   Room J   Patient Code BOISMICH   Admission 00/00/00 |

MONTGOMERY COUNTY JAIL
BOISSONEAU, MICHAEL
REPORT DATE : 08/07

# MEDICATION ADMINISTRATION RECORD

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WARFARIN SODIUM 5 MG TABL | 02/12/08 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| COUMADIN 5 MG TABLET | AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TAKE 1 TABLET IN THE MORNING | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PROPRANOLOL 20 MG TABLET | 05/24/08 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| INDERAL 20 MG TABLET | AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TAKE 1 TABLET ONCE DAILY | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CHARTING FOR | 08/01/07 | THROUGH | 08/31/07 | | PAGE | 1 OF | 1 | | | | | | | | | | | | | | | |

| Physician | BATES, JOHNNY | Telephone No. | | Medical Record No. |
|---|---|---|---|---|
| At. Physician | BATES, JOHNNY | Alt. Telephone | | |
| Allergies | CODEINE | Rehabilitative Potential | | |

**49**

| Diagnosis | | | |
|---|---|---|---|
| Medicaid Number | Medicare Number | Approved By Doctor: | |
| | | By: | Title COLVIN LPN    Date: 7/26/07 |
| RESIDENT | BOISSONEAU, MICHAEL | D.O.B. 10/26/1959 | Sex | Room # 3A | Patient Code BOISMICH | Admission Date 00/00/00 |

MONTGOMERY COUNTY JAIL
BOISSONEAU, MICHAEL
REPORT DATE : 07/07

# MEDICATION ADMINISTRATION RECORD

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WARFARIN SODIUM 5 MG TABLET COUMADIN 5 MG TABLET TAKE 1 TABLET IN THE MORNING | 02/12/08 AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PROPRANOLOL 20 MG TABLET INDERAL 20 MG TABLET TAKE 1 TABLET ONCE DAILY | 05/24/08 AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

amoxicillin 500mg
BID X 10 Day
6/27 - 7/07

Mothrin 800 mg po bid
x 3 days

| Physician: | BATES, JOHNNY | | | | PAGE 1 OF 1 | |
|---|---|---|---|---|---|---|
| Physician: | BATES, JOHNNY | | Telephone No. | | | Medical Record No. |
| Allergies | CODEINE | | Alt. Telephone | | | |
| | | **50** | Rehabilitative Potential: | | | |

| Medicaid Number | Medicare Number | Approved By Doctor: | | | |
|---|---|---|---|---|---|
| Diagnosis | | By: Dr. Bates K Bailey | Title: | | Date |
| RESIDENT | BOISSONEAU, MICHAEL | D.O.B. 10/26/1959 | Sex | Room # J | Patient Code BOISMICH | Admission Date 00/00/00 |

MONTGOMERY COUNTY JAIL
BOISSONEAU, MICHAEL
REPORT DATE : 06/07

# MEDICATION ADMINISTRATION RECORD

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

WARFARIN SODIUM 5 MG TABL 02/12/08
COUMADIN 5 MG TABLET
TAKE 1 TABLET IN THE MORNING

Inderal 20 mg
daily X 30 day
5/25 - 6/25/07

Amoxicillin 500mg # po
qid bid X 10 days
7/29

Ibuprofen 800 mg
bid X 3 days

Hold Coumadin for
1 wk until seen
by dentist

Start holding
July 1 and Restart
Coumadin July 12

REORDER FROM INTEGRAL SOLUTIONS GROUP • 1-800-285-0767

| | | |
|---|---|---|
| CHARTING FOR | 06/01/07 | THROUGH 06/30/07 |
| Physician | BATES, JOHNNY | PAGE 1 OF 1 |
| Physician | BATES, JOHNNY | Telephone No. |
| Allergies | CODEINE | Alt. Telephone |
| | | Rehabilitative Potential |
| Diagnosis | | |
| Medicaid Number | Medicare Number | Approved By Doctor: |
| | | By: Title: Date: |
| RESIDENT | BOISSONEAU, MICHAEL | DOB 10/26/1959  Sex  Room # J  Patient Code BOISMICH  Admission 00/00/00 |

51

MONTGOMERY COUNTY JAIL
BOISSONEAU, MICHAEL
REPORT DATE : 05/07

# MEDICATION ADMINISTRATION RECORD

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WARFARIN SODIUM 5 MG TABL 02/12/08 COUMADIN 5 MG TABLET TAKE 1 TABLET IN THE MORNING | AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Inderal 20 mg
daily x 30 dry
5/25 - 6/25/07

REORDER FROM INTEGRAL SOLUTIONS GROUP 1-800-225-0167     HUMAN ABS     STOCK FORMS

| CHARTING FOR | 05/01/07 | THROUGH | 05/31/07 | PAGE | 1 OF 1 |
|---|---|---|---|---|---|

| Physician | NICHOLS, KEN | | Telephone No. | | Medical Record No. |
|---|---|---|---|---|---|
| Physician | NICHOLS, KEN | | Alt. Telephone | | |
| Allergies | CODEINE | | | | |
| | | 52 | Rehabilitative Potential | | |

Diagnosis

| Medicaid Number | Medicare Number | Approved By Doctor By: Dr Bates / CDes | Title: 4p.m. | Date: 4/26/07 |
|---|---|---|---|---|
| RESIDENT | BOISSONEAU, MICHAEL | D.O.B. 10/26/1959 | Sex | Room # J 3A | Patient Code BOISMICH | Admission 00/00/00 |

MEDICATION ADMINISTRATION RECORD

MONTGOMERY JAIL
BOISSONEAU, MICHAEL
REPORT DATE : 04/07

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WARFARIN SODIUM 5 MG TABL 02/12/08 COUMADIN 5 MG TABLET TAKE 1 TABLET IN THE MORNING | AM | | | | | | | | | | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
| Give 5mg (extra) coumadin | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
| Please be √ prothime after last dose of extra coumadin | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |

| CHARTING FOR | 04/01/07 | THROUGH | 04/30/07 | | PAGE | 1 OF | 1 | | |
|---|---|---|---|---|---|---|---|---|---|
| Physician | NICHOLS, KEN | | | Telephone No. | | | | Medical Record No. | |
| Att. Physician | NICHOLS, KEN | | | Att. Telephone | | | | | |
| Allergies | CODEINE | | | Rehabilitative Potential | | | | | |
| Diagnosis | | | | | | | | | |

**53**

| Medicaid Number | | Medicare Number | | Approved By Doctor: | | | |
|---|---|---|---|---|---|---|---|
| | | | | By: | | Title: | Date: |
| RESIDENT | BOISSONEAU, MICHAEL | | D.O.B. 10/26/1959 | Sex | Room J3A | Patient Code BOISMICH | Admission Date 00/00/00 |

MONTGOMERY COUNTY JAIL
BOISSONEAU, MICHAEL
REPORT DATE : 03/07

# MEDICATION ADMINISTRATION RECORD

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WARFARIN SODIUM 5 MG TABLET COUMADIN 5 MG TABLET TAKE 1 TABLET IN THE MORNING | 02/12/08 AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Give extra 5mg coumadin once a week

Recheck pertime 4 wks

CHARTING FOR: 03/01/07   THROUGH: 03/31/07   PAGE 1 OF 1

| Physician | NICHOLS, KEN | Telephone No. | |
| Physician | NICHOLS, KEN | Alt. Telephone | |
| Allergies | CODEINE | Rehabilitative Potential | |

54

Diagnosis

| Medicaid Number | | Medicare Number | | Approved By Doctor: By Dr. Nichols/ CDees  Title Lpn  Date 3/1/07 |

| RESIDENT | BOISSONEAU, MICHAEL | D.O.B. 10/26/1959 | Sex | Room J | Patient Code BOISMICH | Admission Date 00/00/00 |

# MEDICATION ADMINISTRATION RECORD

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Percocese 2 tabs
Bid x 10 days
1-29-07   1-30-07

Coumadin 5mg qam

Percogesic 2 tabs
PO Bid x 10 days

Doxycycline 100mg
Bid x 10 days

STARTING FOR: 2-1-07    THROUGH: 2-28-07

Physician: Dr. Nichols

Allergies: Codeine

55

RESIDENT: Boissonneau Michael    D.O.B: 10-26-59    Sex: M    Room: 3A

# MEDICATION ADMINISTRATION RECORD

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Percogesic 2 tabs BID x 10 days 1-2-9-07   1-30-07 | AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

REORDER FROM INTEGRAL SOLUTIONS GROUP • 1-800-628-0767

CHARTING FOR: 1-30-07    THROUGH 1-31-07

Physician: DR Nichols

Att. Physician:

Telephone No:

Alt. Telephone:

Medical Record No.

Allergies: Codeine

Rehabilitative Potential:

Diagnosis:

Medicaid Number:    Medicare Number:    Approved By Doctor:

By:    Title:    Date:

RESIDENT: Boissonneau Michael    D.O.B. 10-20-59    Sex: M

| Date/Time | Inmate's Name: Bonneau Michael D.O.B. 10-20-59   # 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 |
|-----------|-----------------------------------------------------------------|
| 1/30/07 1835 | Writer called to booking, I/M noted to have edema to bilateral + eyes c̄ 2 stitches above Ⓛ eye. Dried blood noted on nose + cheeks of Ⓛ eye c̄ nsl. red. Edema noted to Ⓡ side of back c̄ discoloration noted. Eyes + Ⓡ side of body tender to touch. |
| 2/4/07 11^PM | On medical c̄ c/o coughing up yellow/green c/o sharp pain c̄ deep breath. BP 141/99 P 86 R 28 T 98.4 States he was taking 5mg coumadin qd. Will have ER Dr. eval. Will call ER nurse to give report. Called MTA nsh? Gave report to Ledonna @ Baptist. A. Goodson, RN — |

Southern Health Partners, Inc.
CONFIDENTIAL MEDICAL INFORMATION

Corporate Office:

Please note our new billing address:
Southern Health Partners, Inc.
3712 Ringgold Road, #364
Chattanooga, TN 37412

57

## Montgomery County Jail
### Inmate Body Chart

Inmate Name: _Boissonneau Michael_    Nurse Name: _Linda F Hill_
I/M SS#: _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_    Today's Date: _1-30-07_
I/M's DOB: _10-26-1959_    I/M's Allergies: _Codeine_



**58**

# Physician's Orders

Southern Health Partner's, Inc

| Inmate Name: Boissonneau, Michael | |
| --- | --- |
| SS#: 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 | Facility: |
| DOB: 10-26-1959 | Montgomery |
| Allergies: Codoine | County |
| | Jail |

| Date: 1/30/07 | Date: 2/4/07 11 AM wait on ER Dr orders |
| --- | --- |
| Percogesic 2 tabs BID x 10 days | ① Amoxicillin 500 mg caps i po bid x 7 days po Dr. Nichols |
| M.D. Sig: S/O Dr Nichols M.1-1/30 | M.D. Sig: a Hoodson RN |
| Date: 2-4-07 | Date: 1/6/07 |
| Coumadin 5mg 7 daily 9am | pecogsic 2 po bid x 10 days Doxycline 100 mg po bid x 10 d pro time tomorrow. |
| M.D. Sig: JD Colvin | M.D. Sig: |
| Date: 2/6/07 | Date: |
| I ordered a pro-time on him when he was here before & it very important That we get his protime elegvated. | on him on 11/2 when he do dn't get done. It is very important that we get his protime elevated. |
| M.D. Sig: (I/m was released) | M.D. Sig: reported 1-30-07 pe |
| Date: Remove sutures from above his | Date: |
| | eye, please. |
| M.D. Sig: | M.D. Sig: |

Noted 2.2.07

3/13/07 Give an extra 5mg coumadin once a week.
Rev protime 4 wks

*Baptist*
*288-2100*

Southern
Health
Partners

Corporate Office: 3712 Ringgold Rd., #364, Chattanooga, TN 37412    Phone: (423) 553-8638    Fax (423) 553-5645

## PATIENT REFERRAL INFORMATION FORM

This patient is currently incarcerated at the jail facility listed below. Patient has been referred to your ER/Facility regarding his/her symptoms or conditions listed below. All subsequent tests, procedures, and outpatient services other than requested service must be communicated and approved by the medical contact person at the jail facility to assure justification. Failure to notify the medical contact person may result in reduced benefits and/or possible denial of payment. If hospital admission is necessary, please communicate any and all medical information as well as an estimated length of stay to our Utilization Review Department at our corporate office at the # listed above. Certification, justification, and/or treatment plan of continued services must be obtained to guarantee payment of the claim. Please, note we have a NO NARCOTIC policy at the jail due to the uncontrolled access to medications within the facility. Please, refer to our site medical staff for formulary adherence. Thank you for your cooperation in this matter.

*TO BE COMPLETED BY THE MEDICAL STAFF AT THE JAIL/PRISON:*

Appt. Date/Time: __2/4/07__ Patient's Name (Last/First): __Boissoneau, Michael__

DOB: __10/26/59__ SS#: __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__ Sex: (M) F   Inmate Loc: __Booking__

Housing Facility/Site: __Mont. County Jail/#7070__   Appt. Destination: __BMC South__

Appt. Address & Phone #: __2105 E. South Blvd.__

Site Medical Contact (RN/LPN): __A. Goodson, RN__   Site Physician: __Nichols__

Site Medical Unit Phone #: __(334) 832-2542__   Site Medical Unit Fax #: __(334) 832-7768__

Reason For Referral: (include Hx of illness/injury, present and past treatment with patient results, lab and/or x-ray results, findings from physical exam, patient limitations, allergies, medications, etc.)

__altercation c̄ officer resulting in injury Tues or Wed night__
__has started c̄ frequent cough (yellow/green sputum)__
__c̄ pain when he takes a deep breath c̄ chest sounds__
__BP 141/99 P8C P 28 T 98.4 States he was taking__
__coumadin 5 mg qd @ home__

Service Requested: __EVAL /TX needed INR c̄ orders for meds please.__

*TO BE COMPLETED BY THE REFERRAL STAFF AND RETURNED WITH INMATE BACK TO THE FACILITY:*

Findings: _____

Planned Treatment: _____

ER/Hospital Physician Orders: _____

ER/Hospital Contact (Include Phone #): _____   Notes: _____

*Please, return this form with the correctional staff upon discharge of the patient or fax directly to the site fax # noted above. If inpatient hospitalization is required, medical staff MUST be notified immediately.*
Authorization of payment of service is only guaranteed during the time of actual confinement of the inmate under the custody of the above listed jail/prison and under the terms of our County contract.

**60**

PROGRESS NOTES

| Date/Time | Inmate's Name Boissneau | D.O.B.: | S.S. #: |

2/6/07    Got arrested a week ago — was followed home
t got arrested t got beat up.

Went back to the E.R. 2 days ago. Had
Fx ribs.

Still on comadin 5 mg / day.

He apo'd. cough.

PE ?/    lungs clear x bilat app w large.
CV - RRR c valve click.

A:    Fx ribs
Bronchitis
s/p AVR

Plan →    Doxycycline 100g bid x 10 days.
comadin 5g daily.
percogsic 2 bid x 10 days.

...em Health Partners, Inc.
...IDENTIAL MEDICAL INFORMATION    Corporate Office:    Please note our new billing address:
Southern Health Partners, Inc.
3712 Ringgold Road, #364
Chattanooga, TN 37412

QCHC
## PHYSICIAN'S PROGRESS NOTES

| DATE | TIME | NOTES MUST BE SIGNED BY PHYSICIAN |
|------|------|-----------------------------------|
| 5/25/07 | | S/P *[illegible handwritten notes]* |
| | | *[illegible handwritten notes]* ... happened in 2005. *[illegible]* |
| | | O ↓VS BP 100/90 |
| | | HEENT- PERRLA. Ear's *[illegible]* |
| | | *[illegible]* |
| | | *[illegible]* |
| | | Resp RRR. |
| | | A1) HTN |
| | | 2) *[illegible]* ? *[illegible]* to HTN |
| | | (–) *[illegible]* 20mg PO *[illegible]* |

| NAME- LAST | FIRST | MIDDLE | DOB |
|------------|-------|--------|-----|
| | | | |

## QCHC SICK CALL REQUEST

Check one: _____ Dental ✓ Medical _____ Mental Health

Name: Michael Boissonnea | Inmate I.D. Number 79628

Social Security No. 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

Housing Unit _____

Medical Problem (be specific): Due to the altercation which caused severe head injury when being arrested. I have been having numbness on my le-side, dizziness-spells-and now loss of vision.

Inmate's Signature Michael Boissonnea Date 5/5/07 Time Headache back of neck + hea

---

FOR MEDICAL UNIT USE ONLY

S: No dizziness / numbness

O: T 98  P 80  RR 18  BP 120/88  WT ___  Pulse Ox 99 %

A: NS WNL. Gait steady. PERRLA. EROM noted to Ext & Ext. & difficulty. No cyanosis noted. Capillary refill > 2 sec. No acute distress noted

P: Will refer to follow-up c MD.

E: _____

Disposition: _____

Nursing Protocol: _____

Provider's Signature: Rees  Date 5/22/07  Time ___

Referred to Physician ☐ Appointment Date 5/25/07  Time ___

**63**

Name: Boissonn        Michel
Date: _____ Allergies _____
SIG. _____

Inmate # _____
Facility _____

Hold Consl for 1 wk until out here Dentist
for infet of teshet

Physician Signature: _____        noted by E. Cole LPN  6/28/07        4

---

Name: Last Boissonneau    First Michael    Middle Initial
Date: 6/28/07    Allergies _____
SIG. ① Amoxicillin 500mg # po bid x 10 days
      Noted
      DMColm

Inmate # _____
Facility _____

Physician Signature: _____    T.P.O Dr. Bates / DColmn LPN        3

---

Name: Last Boissonneau    First Michael    Middle Initial
Date: 5/25/07    Allergies _____

Inmate # _____
Facility _____

1) Inderal 20mg # PO twice dly X 30d.
2) CCC HTN  cln
   noted KBailey pr

                                        2

64

RECEIVED
6/24/07

## QCHC SICK CALL REQUEST

Check one: ✓ Dental ___ ___ Medical ___ Mental Health

Name: _____    Inmate I.D. Number **79628**

Social Security No. _____

Housing Unit **3A**

Medical Problem (be specific): I have been having servier headachs / Numbness + Dizzy Spells Including memory loss. / I told the doctor! (My teeth were knocked out and broke off / cracked. I have the broken teeth. I have pain on the side of my head. / have seen the medical doctor. He put me on blood presure pill which have made me Sleepy). Which I have told the Nurse. Mrs Dee / No change in ceinther

Inmate's Signature _Michael Boissonneau_    Date _6-24-07_    Time ___

### FOR MEDICAL UNIT USE ONLY

S: _____

_____

_____

O: T_____ P_____ RR_____ BP_____ WT_____

_____

_____

_____

A: _____

_____

_____

P: _____

_____

_____

E: _____

_____

_____

Disposition: _____

_____

Nursing Protocol: _____

Provider's Signature: _____ Date _____ Time _____

Referred to Physician ☐ Appointment Date _____ Time _____

**65**

Montgomery County Detention Facility | Medical Division Charge Sheet

Inmate Name: *Michael Boissonneau*   R/S *W/M*   DOB *10-26-59*

Booking No. *79628*   Floor *1/B*   Cell _____

### SERVICES

| | | |
|---|---|---|
| ___XRay $10.00 | 1 Doctor Visit  $10.00 | ___Nurse Visit $10.00 |
| ___Lab $10.00 | ___DentistVisit $10.00 | ___Prescription $3.00 |

Nursing Staff Signature _____   Date *2-6-07*

Inmate Signature _____   Date *2-6-07*

White Original: Medical File          Yellow Copy: Accounts Manager          Pink Copy: Inmate
SEBP 706

---

Montgomery County Detention Facility | Medical Division Charge Sheet

Inmate Name: *Boissoneau, Michael*   R/S *W/M*   DOB _____

Booking No. *79628*   Floor *2A*   Cell _____

### SERVICES

| | | |
|---|---|---|
| ___XRay $10.00 | ___Doctor Visit  $10.00 | ___Nurse Visit $10.00 |
| ___Lab $10.00 | ___DentistVisit $10.00 | ✓ Prescription $3.00 |

Nursing Staff Signature _____   Date *1/25/07*

Inmate Signature _____   Date _____

White Original: Medical File          Yellow Copy: Accounts Manager          Pink Copy: Inmate
SEBP 706

---

Montgomery County Detention Facility | Medical Division Charge Sheet

Inmate Name: *Boissonneau, Michael*   R/S *W/M*   DOB *10/26/59*

Booking No. *79628*   Floor *3A*   Cell _____

### SERVICES

| | | |
|---|---|---|
| ___XRay $10.00 | ___Doctor Visit  $10.00 | ___Nurse Visit $10.00 |
| ___Lab $10.00 | ___DentistVisit $10.00 | X Prescription $3.00 |

Nursing Staff Signature *McCluster LPN*   Date *6/27/07*

Inmate Signature _____   Date *6/27/07*

White Original: Medical File          Yellow Copy: Accounts Manager          Pink Copy: Inmate
SEBP 706

**66**

QCHC SICK CALL REQUEST

Check one: _____ Dental ✓ Medical _____ Mental Health

Name: Michael Boissonneau    Inmate I.D. Number 79628

Social Security No. _____

Housing Unit _____

Medical Problem (be specific): My lower back on both sides are giving me pain. I think I have a kidney infection. Thank you for your prompt attention. Also survior headache

Inmate's Signature: Michael Boissonneau    Date: 6-24-07    Time _____

---

FOR MEDICAL UNIT USE ONLY

S: c/o of flank pain

O: T 98⁶  P 86  RR 16  BP 122/86  WT.

A: urine results as follows,

P: Amoxicillin 500mg # po bid x 10 days (prophalaxyns)

E:

Disposition:

Nursing Protocol:

Provider's Signature: _____ Date

Referred to Physician ☐ Appointment Date

```
124      06-26-07  4:18PM

CLARITY: _____
COLOR: YELLOW

MULTISTIX 10 SG

GLU  NEGATIVE
BIL  NEGATIVE
KET  NEGATIVE
SG   1.015
BLO  LARGE
pH   6.5
PRO  NEGATIVE
```

**67**

## QCHC SICK CALL REQUEST

Check one: _____ Dental _____✓ Medical _____ Mental Health

RECEIVED

Name: Michael Boissonneau     Inmate I.D. Number 79628

Social Security No. _____

Housing Unit 3A - 4

Medical Problem (be specific): I have been taking some Kind Antibio'
But my lower back pain and right side is getting survier in pain
I have been coughing up blood. And my headaches are worse.
I have also been running a fever and burning up at night.

Inmate's Signature Michael Boissonneau Date July 5 - 07 Time _____

FOR MEDICAL UNIT USE ONLY

S: "My lower back hurts"

O: T 98'  P 72  RR 18  BP 120/76  WT _____
        98°

A: Abd soft non-tender @ BS x4, 1/m ape Bule, skin w/o
to touch whenes any 1/r @ this time. C/o has been
ongoing 1-2 weeks.

P: Refer to follow-up c mid.

E: _____

Disposition: _____

Nursing Protocol: _____

Provider's Signature: CMeeship  Date 7/11/07  Time _____

Referred to Physician ☐ Appointment Date _____ Time _____

**68**

## QCHC SICK CALL REQUEST

Check one: _____ Dental _____✓_____ Medical _____ Mental Health

Name: _Boissneau, Michael_ Inmate I.D. Number _____

Social Security No. _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_

Housing Unit _____

Medical Problem (be specific): ↓ Back pain + Abn U/A Results

_____

_____

_____

Inmate's Signature _____ Date _____ Time _____

---

FOR MEDICAL UNIT USE ONLY

S: _____

O: T _98.0_ P _____ RR _____ BP _____ WT _____ Pulse Ox _____ %

A: 1) _____

2) _____

P: 1) _____

E: _____

Disposition: _____

Nursing Protocol: _____

Provider's Signature: _____ Date _____

Referred to Physician ☐ Appointment Date _____ Time _____

Boissneau, Michael
145    07-18-07  11:43AM

CLARITY: Clear
COLOR: YELLOW

MULTISTIX 10 SG

| | |
|---|---|
| GLU | NEGATIVE |
| BIL | NEGATIVE |
| KET | NEGATIVE |
| SG | >=1.030 |
| BLO | NEGATIVE |
| pH | 5.5 |
| PRO | 30 mg/dL |
| URO | 0.2 E.U./dL |
| NIT | NEGATIVE |
| LEU | NEGATIVE |

Observed Urine

**69**

## QCHC SICK CALL REQUEST

Check one: _____ Dental    ✓ Medical    _____ Mental Health

Name: Michael Boisoneau    Inmate I.D. Number 79628

Social Security No. _____

Housing Unit 3A - 4

Medical Problem (be specific): My Lower back and left side is hurting real bad. And I have been having serious headache and memory lost. Dizzy spells blacking out and loss of vision. I may have a Kidney Infection

Inmate's Signature: Michael Boisoneau / Date _____ Time _____

---

FOR MEDICAL UNIT USE ONLY

S: _____

O: T 98° P 86 RR _____ BP 140/90 WT _____ Pulse Ox _____ %

HEENT _____

A: _____

P: _____

E: _____

Disposition: _____

Nursing Protocol: _____

Provider's Signature: _____ Date 7/30/07 Time _____

Referred to Physician ☐ Appointment Date _____ Time _____

**70**

Last   First   Middle Initial

Name_____ Inmate #_____

Date_____ Allergies _____ Facility_____

SIG.




Physician Signature:                4

---

Last   First   Middle Initial

Name_____ Inmate #_____

Date_____ Allergies _____ Facility_____

SIG.




Physician Signature:                3

---

Last _Borssin_ First _Michal_ Middle Initial

Name_____ Inmate #_____

Date_ 7/30/7 _____ Allergies _____ Facility_____

SIG.
  1) BS
  2) UA ( Uni dip )



Physician Signature:                2

---

Last _Borssin_ First _Michal_ Middle Initial

Name_____ Inmate #_____

Date_ 7/14/7 _____ Allergies _____ Facility_____

SIG.
  Regrt Union Witnessed


        **71**

Physician Signature:                1

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

MICHAEL RONNIE BOISSONNEAU,    *
                               *
        Plaintiff,             *
                               *    Civil Action No.
vs.                            *    2:07-cv-914-MHT
                               *
DAVID TIBBS, etc., et al.,     *
                               *
        Defendants.            *

## SPECIAL REPORT

COMES NOW the Defendant D. T. Marshall, Sheriff of Montgomery County, Alabama, and submits the following Special Report to this Court.

## DOCUMENTS

Affidavit of D.T. Marshall

Affidavit of Gina M. Savage

## PLAINTIFF'S ALLEGATIONS

In Count I and II of the Complaint, Plaintiff asserts claims for excessive force, and unlawful arrest and search against Defendant Tibbs.  In Count III of the Complaint, Plaintiff asserts a claim against Sheriff D.T. Marshall and the Staff at the Montgomery County Detention Facility for deliberate indifference to medical needs.  Plaintiff claims that when he was incarcerated at the Montgomery County Detention Facility on January 30, 2007, he was not examined by medical personnel, and he was made to sleep on a mattress on the floor.  He further claims that he was denied medical treatment for a period of two weeks.  (Complaint, p. 2) Plaintiff seeks monetary damages and injunctive relief against the Defendant Marshall.

1

## FACTS

Plaintiff Michael Ronnie Boissonneau, a pre trial detainee, was booked into the Montgomery County Detention Facility on January 30, 2007, charged with Reckless Endangerment, Assault II and Resisting Arrest.  (Gina Savage Affidavit, ¶ 3)  Bond was fixed at $6,500.00.  (Id.)  Charges of Escape I were added and his bond was increased to $7,500.00.(Id.)

When Plaintiff was booked into the facility at 1630 hours on January 30, 2007, the Lieutenant on duty was advised that Plaintiff had suffered injuries during his arrest and that he had been treated at Jackson Hospital Emergency Room.  (Gina Savage Affidavit, ¶ 3; Incident Report attached thereto, pp. 1-2; medical record attached thereto, p. 44)  The arresting officer presented the medical discharge paperwork.  (Id.)  The medical nurse on duty reported to booking to examine Plaintiff at 1835 hours.  (Gina Savage Affidavit, ¶ 3; Nurses notes attached thereto, pp. 3-4)  The nurse's notes indicate that Plaintiff suffered edema to bilateral eyes with 2 stitches above left eye.  (Id.)  His face and nose were red with dried blood on his nose and checks.  (Id.)  Edema was also noted on the left side of back with discoloration.  (Id)  His eyes and the left side of his body were also tender to touch.  (Id.)  After being examined, Plaintiff was placed in a holding cell.  (Gina Savage Affidavit, ¶ 4)   At approximately 2130 hours he was showered and dressed in facility clothing.  (Gina Savage Affidavit, ¶ 3; Incident Report attached thereto, p. 1)

Plaintiff was seen by Dr. Nichols of Southern Health Partner's, Inc., on January 30, 2007, and was prescribed Percogesic for rib fractures.  (Gina Savage Affidavit, ¶ 4; medical record attached thereto, p. 59) Plaintiff was examined again on February 4, 2007,

and then transported to Baptist ER on February 4, 2007, for follow-up.  (Gina Savage Affidavit, ¶ 4; Nurse's notes attached thereto, p. 57; records from Baptist Health, pp. 17-46, 60)  Numerous lab tests were conducted and reviewed by medical personnel with normal results.  (Gina Savage Affidavit, ¶ 4; medical records attached thereto, pp. 21-34)  On February 6, 2007, Plaintiff was prescribed Doxycycline for bronchitis and continued on Coumadin, which he was taking prior to entering the facility. (Gina Savage Affidavit, ¶ 4; medical record attached thereto, pp. 59, 61)

Upon being booked into the facility, Plaintiff was housed in a first floor holding cell for medical observation.   (Gina Savage Affidavit, ¶ 4)   He was observed continuously by medical personnel and detention facility staff until February 12, 2007, when he was removed from the first floor holding cell and placed in general population. (Id.; observation notes attached thereto, pp. 8-15)

Plaintiff was seen by medical personnel on March 13, 2007.  (Gina Savage Affidavit, ¶ 4; medical record attached thereto, p. 59) Plaintiff submitted sick call requests for miscellaneous medical complaints and was seen by medical personnel on May, 25, 2007, June 26, 2007, July 11, 2207, July 18, 2007, and July 30, 2007.  (Id., see also medical records attached thereto, pp.62-71)     Plaintiff did not file a grievance or complaint regarding lack of medical treatment while incarcerated at the Montgomery County Detention Facility.  (Gina Savage Affidavit, ¶ 5) Plaintiff was released from the Montgomery County Detention Facility on November 15, 2007. (Gina Savage Affidavit, ¶ 6)  He was never denied medical treatment while incarcerated in the Montgomery County Detention Facility. (Id.)     It  is the policy of the Montgomery County Detention Facility that every effort will be made on the part of facility personnel to

ensure safe custody, decent living conditions, and fair treatment for all inmates.  (D. T. Marshall Affidavit, ¶ 3) The total daily operations of the Montgomery County Detention Facility are the responsibility of the Director of the Montgomery County Detention Facility.  (Id. at ¶ 2)

Sheriff Marshall has never had any contact with the Plaintiff and has no knowledge of the Plaintiff's medical treatment or medical condition while incarcerated at the Montgomery County Detention Facility.  (D.T. Marshall Affidavit, ¶ 3) Montgomery County has contracted with an outside medical services company to provide medical treatment to the inmates at the facility.  (Id. at ¶ 3)

## DEFENSES

1.      The Complaint fails to state a claim against Defendant Marshall upon which relief can be granted.

2.      Defendant did not violate any of the Plaintiff's constitutional rights afforded him under law.

3.      Defendant is entitled to immunity under the Eleventh Amendment to the United States Constitution with respect to Plaintiff's claims against him in his official capacity.

4.      All official capacity claims against Defendant Marshall must be dismissed because in his official capacity, Defendant is not considered a "person" subject to liability under 42 U.S.C. § 1983.

5.      Defendant is entitled to qualified immunity with respect to Plaintiff's claims against him in his individual capacity.

6.      Defendant avers that he acted in a manner that was in accordance with previous court rulings regarding the operation of the Montgomery County Detention Facility.

7.      Defendant avers that the prison regulations in question were reasonably related to legitimate penological interests.

8.      Defendant avers that Plaintiff's claim for deliberate indifference to serious medical needs is due to be dismissed because Plaintiff was afforded more than adequate medical care while incarcerated at the Montgomery County Detention Facility.

9.      Plaintiff's claim for emotional distress is due to be dismissed because Plaintiff has not suffered any physical injury as a result of living conditions at the Montgomery County Detention Facility.

10.     Plaintiff's claims are due to be dismissed because he failed to exhaust administrative remedies.

11.     Plaintiff has failed to satisfy the requirements for injunctive relief therefore all claims for injunctive relief are due to be dismissed.

## MEMORANDUM OF LAW

### A.     Official Capacity Claims.

Plaintiff's claims against Defendant Marshall in his official capacity must be dismissed because he is entitled to immunity pursuant to the Eleventh Amendment to the United States Constitution. The Eleventh Amendment prohibits suits in federal court against States and state officials in their official capacities. *Kimel v. State of Florida Bd. of Regents,* 139 F.3d 1426, 1429 (11th Cir. 1998); *Parker v. Williams,* 862 F.2d 1471 (11th Cir. 1989).   Under Alabama law, sheriffs are state officers, and tort claims brought

5

against sheriffs based on their official acts constitute suits against the State of Alabama. *Lancaster v. Monroe County,* 116 F.3d 1419, 1429 (11th Cir. 1997); *Parker v. Williams,* 862 F.2d 1471 (11th Cir. 1989), *rev'd on other grounds, Turquitt v. Jefferson County,* 137 F.3d 1285 (11th Cir. 1998).

Plaintiff's claims against Defendant Marshall in his official capacity under 42 U.S.C. §1983 should also be dismissed because in his official capacity, Defendant is not considered a "person" subject to liability under 42 U.S.C § 1983. *Will v. Michigan Dept. of State Police,* 491 U.S. 58, 109 S.Ct. 2304, 105 L.Ed. 2d 45 (1989); *Adams v. Franklin,* 111 F.Supp.2d 1255 (M.D.Ala. 2000).

### B.  Qualified Immunity.

For liability under § 1983, specific acts of personal involvement in the deprivation must be shown. *Respondeat superior* liability is not cognizable under § 1983. *Braddy v. Florida Dep't. of Labor & Employment Sec.,* 133 F.3d 797, 801 (11th Cir. 1998); *Smith v. State of Alabama,* 996 F.Supp. 1203, 1212 (M.D.Ala. 1998). If the complaint does not allege that a defendant personally participated in the alleged constitutional deprivation, it should demonstrate an affirmative causal connection between the defendant's acts and the alleged constitutional deprivation in order to state a cause of action under § 1983. *Braddy,* 133 F.3d at 801-802; *Smith,* 996 F.Supp. at 1212.

The Eleventh Circuit has also imposed a "heightened pleading requirement" on plaintiffs when evaluating claims of qualified immunity. *GJR Investments, Inc. v. County of Escambia,* 132 F.3d 1359, 1367 (11th Cir. 1998). This requires that the plaintiff's complaint contain detailed allegations and specific facts concerning each defendant, which indicates what each defendant did to violate the plaintiff's rights.

"Otherwise, the court must conclude that the named defendants, sued in their individual capacities, are entitled to qualified immunity from claims under both §§ 1981 and 1983." *Smith v. State of Alabama,* 996 F.Supp. 1203, 1212 (M.D.Ala. 1998).

Plaintiff's Complaint fails to set forth any facts of any personal involvement of Defendant Marshall in the alleged constitutional deprivations complained of by Plaintiff. There is also no allegation demonstrating a causal connection between the alleged acts or omissions of Defendant Marshall and the Plaintiff's alleged injuries.  It further appears that Sheriff Marshall is sued solely because he had supervisory authority over the Detention Director and personnel at the detention facility.  Because there are no facts demonstrating any personal involvement by Defendant Marshall, he is entitled to qualified immunity.

"Qualified immunity protects government officials performing discretionary functions from civil trials (and the other burdens of litigation, including discovery) and from liability if their conduct violates no "clearly established statutory or constitutional rights of which a reasonable person would have known." *Gonzales v. Lee County Housing Authority,* 161 F.3rd 1290, 1295 (11th Cir. 1998).  Defendant was acting within the scope of his discretionary authority, and the burden is therefore on the Plaintiff to demonstrate that Defendant's actions rise to a constitutional violation, and that Defendant violated clearly established law.  *Hope v. Pelzer,* 536 U.S. 730 (2002).  "The relevant, dispositive inquiry in determining whether a right is clearly established is whether it would be clear to a reasonable officer that his conduct was unlawful in the situation he confronted."  *Saucier v. Katz,* 533 U.S. 194, 202 (2001). The applicable law "must be sufficiently clear that a reasonable official would understand that what he is doing

violates that right." *Anderson v.Creighton,* 483 U.S. 635, 640 (1987). In determining whether the unlawfulness of an official's actions was clearly established, "the salient question . . . is whether the state of the law [at the time of the unconstitutional act] gave [the official] fair warning that [his] alleged treatment of [the plaintiff] was unconstitutional." *Williams v. Consol. City of Jacksonville,* 341 F.3d 1261, 1270 (11th Cir. 2003) *quoting Hope,* 536 U.S. at 741. Plaintiff cannot meet this burden; therefore, his claims should be dismissed.

Defendant is also entitled to qualified immunity because Plaintiff has failed to allege or demonstrate a constitutional violation. In evaluating the defense of qualified immunity, the court must first determine whether the complaint states a claim for a constitutional violation. *Siegert v. Gilley*, 500 U.S. 226 (1991).

**Deliberate Indifference to Serious Medical Needs.**

In *Farmer v Brennan,* 511 U.S. 825, 837 (1994), the Supreme Court held that the standard of deliberate indifference equated to that of "subjective recklessness" as that term is defined in criminal law. The official must know of an excessive risk to inmate health and disregard that risk. *Id*. at 837-383. In other words, the "official must both be aware of facts from which the inference could be drawn that a substantial risk of serious harm exists, and he must also draw the inference." *Id*. An official's failure to respond to a significant risk that he should have perceived but did not is not deliberate indifference. *Id.* Summary judgment must be granted for the official unless the plaintiff presents evidence of the official's "subjective knowledge" of a substantial risk of serious harm. *Campbell v. Sikes,* 169 F.3d 1353, 1364 (11th Cir. 1999). In addition, "[m]edical treatment violates the Eighth Amendment only when it is 'so grossly incompetent,

inadequate, or excessive as to shock the conscience or to be intolerable to fundamental fairness.'   Mere incidents of negligence or malpractice do not rise to the level of constitutional violations."  *Harris v. Thigpen,* 941 F.2d 1495, 1505 (11th Cir. 1991).

In the present case, there is no allegation that Defendant Marshall had any knowledge of the Plaintiff's medical condition, and that with knowledge of this condition, Defendant Marshall knowingly or recklessly disregarded Plaintiff's alleged medical condition by failing or refusing to provide medical attention.  The undisputed evidence is that Plaintiff did in fact receive medical treatment.  It is also undisputed that Defendant Marshall had no knowledge of Plaintiff's medical condition and was not involved in Plaintiff's medical treatment.  (D.T. Marshall Affidavit, ¶ 3)  Plaintiff's deliberate indifference claims against Defendant Marshall should therefore be dismissed.

**C.**    **Failure to allege physical injury.**

Pursuant to the Prison Litigation Reform Act, 42 U.S.C. §1997e(c)(1), the court, on its own motion, shall dismiss a case challenging prison conditions if the court determines that an action is frivolous or fails to state a claim on which relief may be granted.  42 U.S.C. §1997 e(e) provides that "[n]o federal civil action may be brought by a prisoner confined in a jail, prison or other correctional facility, for mental or emotional injuries suffered while in custody without a prior showing of physical injury."  These provisions were enacted by Congress to control and curtail the flood of inmate suits that are filed in the courts.  *See Dupree v. Palmer,* 284 F.3d 1234, 1236 (11th Cir. 2002)("The purpose of the PLRA is to curtail abusive prisoner litigation.")  In accordance with this provision, the PLRA prevents recovery "for mental or emotional injury . . . without a

prior showing of physical injury." 42 U.S.C. § 1997e(e). *See also, Mitchell v. Brown & Williamson Tobacco Corp.,* 294 F.3d 1309, 1312 (11th Cir. 2002).

The Plaintiff was incarcerated at the MCDF at the time he filed this lawsuit. Plaintiff alleges no physical injury as a result of the living conditions at the Montgomery County Detention Facility. He merely alleges that he he had to sleep on a mattress on the floor and makes a generalized, conclusory allegation that he was denied medical treatment. Because Plaintiff has failed to allege a physical injury, his claims should be dismissed.

### D. Failure to exhaust administrative remedies as to claims regarding prison conditions.

Under the Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), inmates must exhaust their administrative remedies before filing suit against prison officials. The exhaustion requirement of the PLRA is a "mandatory exhaustion requirement." *Alexander v. Hawk*, 159 F. 3d 1321, 1324 (11th Cir. 1998). The Eleventh Circuit has held that the exhaustion of administrative remedies under the PLRA is a **"pre-condition to suit."** *Id.* at 1325-1326; *see also Harris v. Garner*, 190 F. 3d 1279, 1286 (11th Cir. 1999)("For the reasons stated therein, we reaffirm that § 1997e(a) imposes a mandatory requirement on prisoners seeking judicial relief to exhaust their administrative remedies first"); *Brown v Toombs,* 139 F.3d 1102, 1104 (6th Cir. 1998), *cert. denied,* 522 U.S. 833 (1998)("District courts should enforce the exhaustion requirement *sua sponte* if not raised by the defendant.") Plaintiff's Complaint fails to allege that he exhausted his administrative remedies prior to filing this lawsuit against the Defendants. Defendant has also provided undisputed testimony that Plaintiff did not file any grievance regarding the

alleged lack of medical treatment while he was at the detention facility. Plaintiff's Complaint should therefore be dismissed.

    **E.**    **<u>Claims against Fictitious Defendants</u>.**

    Plaintiff also appears to assert claims against fictitious parties as evidenced by the fact he has named as Defendants "D. T. Marshall, et al." (Complaint, p. 2) Some of the Plaintiff's allegations in the body of the Complaint also appear to be directed against fictitious defendants. Plaintiff's description of these Defendants is not sufficiently clear to allow service of the Complaint on any particular person. It appears that Plaintiff merely seeks to name fictitious defendants which is not allowed under the Federal Rules of Civil Procedure. *See, e.g., New v. Sports & Recreation, Inc.* 114 F.3d 1092, 1094 n. 1 (11th Cir. 1997); *Adams v. Franklin,* 111 F. Supp.2d 1255, 1259 n. 3 (M.D. Ala. 2000). All claims against fictitious defendants should therefore be dismissed.


    Respectfully submitted this 28th day of November, 2007.


                      <u>*s/Constance C. Walker*</u>
                      Constance C. Walker (ASB-5510-L66C)
                      Attorney for Defendant D. T. Marshall


**OF COUNSEL:**

**HASKELL SLAUGHTER YOUNG & GALLION, LLC**
Post Office Box 4660
Montgomery, Alabama 36103-4660
(334)265-8573
(334) 264-7945 Fax

**CERTICATE OF SERVICE**

I hereby certify that on the 28th day of November, 2007, I electronically filed the foregoing with the Clerk of the Court using the **CM/ECF** system that will send notification of such filing to the following counsel:

Bettie J. Carmack
Assistant Attorney General
Office of the Attorney General
11 South Union Street
Montgomery, Alabama  36130

Wayne P. Turner
The Law Office of Wayne P. Turner
Post Office Box 152
Montgomery, Alabama 36101-0152

**CERTIFICATE OF SERVICE**

I hereby certify that I have served the foregoing document upon the following by causing a true and complete copy of same to be deposited in **the United States Mail,** sufficient first class postage prepaid, on this the 28th day of November, 2007, addressed as follows:

Michael Ronnie Boissonneau
3000 Lower Wetumpka Road
Deatsville, Alabama  36022

_____/s/Constance C. Walker
Of Counsel