**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK						TELEPHONE (334) 954-3600

November 29, 2007

# NOTICE OF CORRECTION

**From:   Clerk's Office**

**Case Style:   Boissonneau v. Tibbs et al**

**Case Number:   2:07cv00914-MHT**

**This Notice of Correction was filed in the referenced case this date to attach the correct PDF document previously attached to name the correct defendant.**

**The correct PDF document is attached to this notice for your review.   Reference is made to document # 17   filed on   November 28, 2007.**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MICHAEL BOISSONNEAU, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 2:07-CV-914-MHT-TFM |
| | ) |
| DAVID TIBBS, et al., | ) |
| | ) |
|     Defendants, | ) |

**CONFLICT DISCLOSURE STATEMENT**

    COMES NOW Quality Corrections Health Care, Inc.(incorrectly named in the complaint "Quality Corrections Medical Services"), a <u>Defendant</u> in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐   This party is an individual, or

☐   This party is a governmental entity, or

☒   There are no entities to be reported, or

☐   The following entities and their relationship to the party are hereby reported:

| <u>Reportable Entity</u> | <u>Relationship to Party</u> |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

11/ 28 /2007
_____
    Date

/s/ Wayne P. Turner
_____
Counsel

    Wayne P. Turner (TUR009)
Counsel for (print names of all parties)

    <u>1505 Madison Avenue, Montgomery, AL 36107</u>
Address, City, State Zip Code
<u>(334) 420-6560</u>

Telephone Number

**CERTIFICATE OF SERVICE**

I, Wayne P. Turner, do hereby Certify that a true and correct copy of the foregoing has been furnished by electronic mail and/or U.S. Mail on this 28 day of November 2007, to:

Michael Boissonneau c/o
Montgomery County Detention Facility
P.O. Box 4599
Montgomery, Alabama 361063

D.T. Marshall
250 South McDonough Street
Montgomery, Alabama 36104

David Tibbs
District Attorney's Office
100 S. Lawrence Street
Montgomery, Alabama 36104

| | |
|---|---|
| 11/ 28 /2007 | /s/ Wayne P. Turner |
| Date | Signature |