IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
Northern _____ DIVISION

Michael Boissonneau
_____ , )
                                  )
            Plaintiff,            )
                                  )
v.                                )   CASE NO. 2:07-cv-914-MHT
                                  )            _____
David Tibbs, et al.               )
_____ , )
                                  )
            Defendants,           )

### CONFLICT DISCLOSURE STATEMENT

COMES NOW David Tibbs_____ , a  Defendant_____  in the above-captioned
matter, and in accordance with the order of this Court, making the following disclosure
concerning parent companies, subsidiaries, partners, limited liability entity members and
managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under
the provisions of the Middle District of Alabama's General Order No. 3047:

☐   This party is an individual, or

☑   This party is a governmental entity, or

☐   There are no entities to be reported, or

☐   The following entities and their relationship to the party are hereby reported:

Reportable Entity                    Relationship to Party

_____      _____

_____      _____

_____      _____

_____      _____
_____              s/ Bettie J. Carmack
      Date                   _____
                             (Signature)
                             Bettie J. Carmack
                             _____
                             (Counsel's Name)
                             David Tibbs
                             _____
                             Counsel for (print names of all parties)
                             Office of the Attorney General
                             _____
                             11 S, Union Street Montgomery, AL 36130
                             Address, City, State Zip Code
                             (334) 353-5305
                             _____
                             Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
Northern _____ DIVISION

## CERTIFICATE OF SERVICE

I, Bettie J. Carmack _____, do hereby Certify that a true and correct copy
of the foregoing has been furnished by US Mail _____ (manner of service,
i.e., U.S. Mail, electronic mail, etc.) on this 29th ___ day of November _____ 20 07, to:

Michael Boissonneau _____

3002 Lower Wetumpka Road _____

Montgomery, AL 36110 _____

_____

_____

_____

11/29/2007 _____          s/ Bettie J. Carmack _____
        Date                                    Signature