In the United States District Court
in the Middle District of Alabama
Northern Division

Michael Ronnie Boissonneau
    Plaintiff
vs.                                    Action # 2:07-cv-914-MHT
David Tibbs, et al.,
    Defendant

RECEIVED 2007 NOV 30 A 9:56 DEBRA P. HACKETT CLK U.S. DISTRICT COURT MIDDLE DISTRICT ALA

## Order for Information

Comes now the Plaintiff, Michael Ronnie Boissonneau, [Pro-se] asking why the court who previously granted him the Plaintiff leave to proceed in forma pauperis in this above cause of action on October 16, 2007 (Court Doc No. 3). He later gave the court a more detailed amount of money spent due to gifts received by plaintiff's family members during the time of his incarceration on Nov 1, 2007 (Court Doc #7). The court ordered this motion to proceed informa pauperis be denied on November 2, 2007. The plaintiff Michael Ronnie Boissonneau seeks information as to the reason for denying previously granted informa pauperis

I certify the above is true
and factual Suitable for a court
of law and copies were made
available by certified service to:
Ellen Brooks
251 South Lawerence St
Montgomery, AL 36104

Date November 15, 2007     Signature Michael Ronnie Boissonneau



Michael Boissoneau #79638
Montgomery County Detention Facility
P.O. Box 4524
Montgomery, AL 36103

INMATE MAIL

Federal Court

U.S. Federal Courthouse
Clerk
711 Lee St.
Montgomery, AL. 36102

Filed
Melissa Rittenour
Circuit Clerk

19 NOV 2007 PM
MONTGOMERY AL