IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MICHAEL RONNIE BOISSONNEAU, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:07-CV-914-MHT |
| | ) | |
| DAVID TIBBS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ON MOTION**

Upon consideration of the order for information filed by the plaintiff on November 30, 2007 (Court Doc. No. 25), which the court construes as a motion for clarification of order, and for good cause, it is

ORDERED that this motion be and is hereby GRANTED. The plaintiff is advised that the court denied his second motion for leave to proceed *in forma pauperis* as it had previously granted the plaintiff leave to proceed *in forma pauperis* in this cause of action, *Order of October 16, 2007 - Court Doc. No. 3*, thereby rendering a second such motion unnecessary.

Done this 3rd day of December, 2007.

                                              /s/ Terry F. Moorer
                                        TERRY F. MOORER
                                        UNITED STATES MAGISTRATE JUDGE

Case 2:07-cv-00914-MHT-TFM   Filed 12/03/2007   Page 2 of 2