IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| Michael Ronnie Boissonneau, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. **2:07-cv-914** |
| | ) |
| David Tibbs, et al, | ) |
| | ) |
| Defendant, | ) |

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW *David Tibbs,* Defendant in the above-captioned matter, and in accordance with the order of this Court, make the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

■ This party is an individual, or

☐ This party is a governmental entity, or

☐ There are no entities to be reported, or

☐ The following entities and their relationship to the party are hereby reported:

Reportable Entity                           Relationship to Party

_____    _____

_____    _____

_____    _____

_____    _____


12/12/2007                                          /s/ Bettie J. Carmack
Date                                                     Counsel Signature

                                                         **David Tibbs**
                                                         Counsel for (print names of all parties)

                                                         11 South Union Street Montgomery, AL 36130
                                                         Address, City, State Zip Code

                                                         334-353-5305
                                                         Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

### CERTIFICATE OF SERVICE

I, Bettie J. Carmack, do hereby certify that a true and correct copy of the foregoing has **NOT** been furnished by U.S. Mail, properly addressed, and postage prepaid on this 13th day of December 2007, to:

**Michael Boissonneau, because his address is unknown**

| 12/13/2007 | /s/Bettie J. Carmack |
|---|---|
| Date | Signature |