IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MICHAEL RONNIE BOISSONNEAU, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:07-CV-914-MHT |
| | ) | WO |
| DAVID TIBBS, *et al.*, | ) | |
| | ) | |
| Defendants. | | |

## **MEMORANDUM OPINION**

This litigation is now before the court on the recommendation of the United States Magistrate Judge entered on December 14, 2007 (Doc. #28), that this case be dismissed without prejudice for Plaintiff's failure to properly prosecute this action and his failure to comply with the orders of this court.

After a review of the recommendation, to which Plaintiff did not object, and after an independent and de novo review of the entire record, the court believes that the recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 14th day of January, 2008.

                                            /s/ Myron H. Thompson
                                      UNITED STATES DISTRICT JUDGE