IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MICHAEL RONNIE BOISSONNEAU, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:07-CV-914-MHT |
| ) | WO |
| DAVID TIBBS, *et al.*, ) | |
| ) | |
| Defendants. | |

# **FINAL JUDGMENT**

In accordance with the prior proceedings, opinions and orders of the court, it is

ORDERED AND ADJUDGED that the recommendation of the United States Magistrate Judge (Doc. #28) is ADOPTED and this action is DISMISSED without prejudice.

The clerk of the court is directed to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 14th day of January, 2008.

                                          /s/ Myron H. Thompson
                                UNITED STATES DISTRICT JUDGE